

DONALD J. TRUMP

June 19, 2022

The Honorable Debra Steidel Wall
Acting Archivist of the United States
U.S. National Archives and Records Administration
Washington, D.C.

Dear Ms. Wall,

I write to designate two individuals – Kash Patel and John Solomon – as my representatives for access to Presidential records of my administration, pursuant to the Presidential Records Act, 44 U.S.C. §§ 2201 – 2207, and 36 C.F.R. § 1270.44(a)(4).

Kashyap Pramod "Kash" Patel can be reached at ▮▮▮▮▮ and ▮▮▮▮▮. John Solomon can be reached at ▮▮▮▮▮ and ▮▮▮▮▮. Both individuals meet the requirements for access to records under 36 C.F.R. § 1270.44(a)(4).

Thank you for your attention to this request.

Sincerely,

*[signature: Donald Trump]*

cc:  Mr. Gary M. Stern
     Mr. John Laster

Exhibit 1 - page 1 of 1