AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-759

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the District of Columbia
was received by me on *(date)* 4/7/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Via electronic service to USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/13/2023

*Venetia Resciniti*
Server's signature

Venetia Resciniti - Paralegal
Printed name and title

611 Pennsylvania Ave SE #231
Washington, DC 20003
Server's address

Additional information regarding attempted service, etc:

                                            Venetia Resciniti <venetia.resciniti@aflegal.org>

## Solomon v. Garland et al, 23-cv-00759
2 messages

**Venetia Resciniti** <venetia.resciniti@aflegal.org>                                    Fri, Apr 7, 2023 at 11:39 AM
To: USADC.ServiceCivil@usdoj.gov
Bcc: Michael Ding <michael.ding@aflegal.org>

Hello,

Attached is the summons package for Solomon v. Garland et al, 23-cv-00759.

Please provide an acknowledgement of receipt.

Thank you,
Venetia Resciniti
America First Legal Foundation

📄 **Summons Package - USA DC.pdf**
2027K

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>                                   Wed, Apr 12, 2023 at 12:54 PM
To: Venetia Resciniti <venetia.resciniti@aflegal.org>

Your service package has been received and accepted with a service date of April 7, 2023.  Thank you.

[Quoted text hidden]