AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-759

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Debra Steidel Wall, Acting Archivist of the United States was received by me on *(date)* 4/12/2023.

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Via USPS Certified Mail, tracking code 7021 2720 0002 7305 0446

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/13/2023

*Venetia Resciniti*
Server's signature

Venetia Resciniti - Paralegal
Printed name and title

611 Pennsylvania Ave SE #231
Washington, DC 20003
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70212720000273050446

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:04 am on April 12, 2023 in WASHINGTON, DC 20408.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20408
April 12, 2023, 7:04 am

See All Tracking History

Feedback

Text & Email Updates                                                  ˅

USPS Tracking Plus®                                                   ˅

Product Information                                                   ˅

See Less ˄

**Track Another Package**

[ Enter tracking or barcode numbers                                      ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs