AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23-759

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   National Archives and Records Administration

was received by me on *(date)*   4/12/2023   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

   Via USPS Certified Mail, tracking code 7021 2720 0002 7305 0439

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4/13/2023

*Venetia Resciniti*
_____
*Server's signature*

Venetia Resciniti - Paralegal
_____
*Printed name and title*

611 Pennsylvania Ave SE #231
Washington, DC 20003
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 70212720000273050439

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:04 am on April 12, 2023 in WASHINGTON, DC 20408.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20408
April 12, 2023, 7:04 am

**See All Tracking History**

Feedback

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**