IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>                Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                Defendants. | No. 23-cv-00759-RJL |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of the Defendants:

        JULIA A. HEIMAN, Bar No. 986228
        Senior Counsel
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        1100 L Street, NW
        Washington, D.C. 20005
        Tel: (202) 616-8480
        Fax: (202) 616-8470
        Email: julia.heiman@usdoj.gov

Dated:  June 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Director
Federal Programs Branch

/s/ Julia A. Heiman
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*