IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | No. 23-cv-00759-RJL |

**[PROPOSED] ORDER**

  For the reasons set forth in Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, it is hereby

  ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

  FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED.


Dated: _____

                                 _____
                                 The Honorable Richard J. Leon
                                 United States District Judge