UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON, <br><br> Plaintiff, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | Case No.: 1:23-cv-00759-RJL |

**CONSENT MOTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Plaintiff, through counsel, move for an extension of the deadline for the Plaintiffs' Opposition to the Defendants' Motion to Dismiss by seven days, from June 20, 2023 to June 27, 2023. This is the first request for an extension of this deadline.

There is good cause for this motion. On June 6, 2023, counsel for the Plaintiff learned from the Defendants' filing that more than 500 pages of relevant documents have been posted online. Defs.' Mem. P. & A. Supp. Defs.' Mot. Dismiss, 8, ECF No. 10-1 ("most of the materials have now been released in redacted form on the Federal Bureau of Investigation's FOIA reading room: https://vault.fbi.gov/crossfire-hurricane-part-01."). Furthermore, the Plaintiff intends to file a cross-motion for summary judgment concurrently with the Plaintiff's Opposition to the Defendants' Motion to Dismiss. As such, the requested extension would provide additional time

for the review of the new documents and for the drafting of the Plaintiff's cross-motion. Further, this request is made in good faith and not for purposes of delay.

Pursuant to Local Rule 7(m), counsel for the Plaintiff has conferred with counsel for the Defendants, who indicated they will consent to this motion.

Dated:  June 15, 2023        Respectfully submitted,

*/s/  Michael Ding*
REED D. RUBINSTEIN
D.C. Bar No. 400153
MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
Email: reed.rubinstein @aflegal.org
Email: michael.ding@aflegal.org

*Counsel for the Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>   Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>   Defendants. | Case No.: 1:23-cv-00759-RJL |

### [Proposed] ORDER

Having fully considered the Consent Motion for Extension of Deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss, and finding good cause for the reasons stated therein, it is hereby ORDERED that the Motion is GRANTED

It is further ORDERED that the Plaintiff's Opposition to the Defendants' Motion to Dismiss shall be filed no later than June 27, 2023.

SO ORDERED.

Dated: _____

                _____
                The Honorable Richard J. Leon
                United States District Judge