IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | No. 23-cv-00759-RJL |

**DEFENDANTS' PARTIALLY UNOPPOSED MOTION TO
RESET THE HEARING DATE ON THEIR MOTION TO DISMISS**

Defendants respectfully ask that the Court continue the hearing date on their motion to dismiss, either to combine the argument with a forthcoming partial summary judgment motion by Plaintiff, or until July 31 or August 1, when counsel for both parties are available for a hearing.

On July 10, 2023, the Court set the hearing on Defendants' motion to dismiss for July 25, 2023. *See* July 10, 2023 Minute Order. Defendants seek to reset that date for two reasons:

1. First, Plaintiff has indicated that he will imminently be moving for partial summary judgment. Defendants propose that, in the interest of efficiency, argument on their motion to dismiss, Plaintiff's partial summary judgment motion, and any cross-motion be heard together, and that the argument on Defendants' motion to dismiss therefore be continued until briefing on summary judgment is also complete. Plaintiff has not yet determined whether he agrees with that proposal.

2. If the Court prefers to move forward with two separate arguments for the motion to dismiss and the motion(s) for summary judgment, then Defendants respectfully ask that the

Court reset the argument date for July 31 or August 1, or another subsequent date that is convenient for the Court.[1]  Previously-existing family travel for counsel necessitates this request, and Plaintiff does not oppose Defendants' request to reset the argument date for the motion to dismiss.

Dated:  July 12, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
　　　　　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　*/s/ Julia A. Heiman*
　　　　　　　　　　　　　　　　　　　　　JULIA A. HEIMAN (D.C. Bar No. 986228)
　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　　Tel. (202) 616-8480 / Fax (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　julia.heiman@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

---

[1] Defendants respectfully ask that, if the Court resets the argument on the motion to dismiss for a date after August 1, then Court set the argument for August 14 or any date after that that is convenient for the Court.