IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | No. 23-cv-00759-RJL |

**[PROPOSED] ORDER**

The Court having fully considered Defendants' Partially Unopposed Motion to Reset the Hearing Date on their Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that the argument on Defendants' motion to dismiss is hereby continued until it can be set for a hearing together with Plaintiff's forthcoming motion for partial summary judgment and any cross-motion.

SO ORDERED.

Dated: _____

                          The Honorable Richard J. Leon
                          United States District Judge