IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　　　　　Defendants. | No. 23-cv-00759-RJL |

**[ALTERNATIVE PROPOSED] ORDER**

The Court having fully considered Defendants' Partially Unopposed Motion to Reset the Hearing Date on their Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that the argument on Defendants' motion to dismiss is hereby reset for _____, 2023.

SO ORDERED.


Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge