# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN SOLOMON,

      *Plaintiff*,

v.

MERRICK GARLAND, *et al.*

      *Defendants.*

Case No. 1:23-cv-00759-RJL

## **PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGEMENT**

The Plaintiff, John Solomon, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The reasons for this motion are set forth in the attached Memorandum of Points and Authorities in Support of Mr. Solomon's Partial Motion for Summary Judgement. A proposed order and statement of material facts not in dispute are also attached, along with five exhibits.

Dated: August 18, 2023

Respectfully submitted,

*/s/ Michael Ding*
Reed D. Rubinstein (D.C. Bar No. 400153)
James K. Rogers (AZ Bar No. 027287)*
Michael Ding (D.C. Bar No. 1027252)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org
E-mail: james.rogers@aflegal.org
E-mail: michael.ding@aflegal.org

*Application for Pro Hac Vice forthcoming