
## Presidential Documents

Memorandum of January 19, 2021

### Declassification of Certain Materials Related to the FBI's Crossfire Hurricane Investigation

Memorandum for the Attorney General[,] the Director of National Intelligence[, and] the Director of the Central Intelligence Agency

By the authority vested in me as President by the Constitution and the laws of the United States of America, I hereby direct the following:

**Section 1.** *Declassification and Release.* At my request, on December 30, 2020, the Department of Justice provided the White House with a binder of materials related to the Federal Bureau of Investigation's Crossfire Hurricane investigation. Portions of the documents in the binder have remained classified and have not been released to the Congress or the public. I requested the documents so that a declassification review could be performed and so I could determine to what extent materials in the binder should be released in unclassified form.

I determined that the materials in that binder should be declassified to the maximum extent possible. In response, and as part of the iterative process of the declassification review, under a cover letter dated January 17, 2021, the Federal Bureau of Investigation noted its continuing objection to any further declassification of the materials in the binder and also, on the basis of a review that included Intelligence Community equities, identified the passages that it believed it was most crucial to keep from public disclosure. I have determined to accept the redactions proposed for continued classification by the FBI in that January 17 submission.

I hereby declassify the remaining materials in the binder. This is my final determination under the declassification review and I have directed the Attorney General to implement the redactions proposed in the FBI's January 17 submission and return to the White House an appropriately redacted copy.

My decision to declassify materials within the binder is subject to the limits identified above and does not extend to materials that must be protected from disclosure pursuant to orders of the Foreign Intelligence Surveillance Court and does not require the disclosure of certain personally identifiable information or any other materials that must be protected from disclosure under applicable law. Accordingly, at my direction, the Attorney General has conducted an appropriate review to ensure that materials provided in the binder may be disclosed by the White House in accordance with applicable law.

**Sec. 2.** *General Provisions.* (a) Nothing in this memorandum shall be construed to impair or otherwise affect:

  (i) the authority granted by law to an executive department or agency, or the head thereof; or

  (ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

  (b) This memorandum shall be implemented consistent with applicable law and subject to the availability of appropriations.

  (c) This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by

Exhibit 3 Page 1 of 2

any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d) The Attorney General is authorized and directed to publish this memorandum in the *Federal Register*.

THE WHITE HOUSE,
*Washington, January 19, 2021*

[FR Doc. 2021–01717
Filed 1–22–21; 8:45 am]
Billing code 4410–19–P

Exhibit 3 Page 2 of 2