## Appendix B Table of Contents

Carter Page FISA                                    B001

Notes of FBI 2016                                   B117

Payment Request                                     B121

McCabe Notes                                        B122

Halper Tasking Orders                               B124

Chris Steele Interview                              B135

CLASSIFIED BY: NSICG
REASON: 1.4(C)
DECLASSIFY ON: 12-31-2092
DATE: 02-13-2023

~~TOP SECRET//NOFORN//FISA~~

b3-5
b6-1
b7C-1

## UNITED STATES

## FOREIGN INTELLIGENCE SURVEILLANCE COURT

## WASHINGTON, D.C.

(U) ~~(S)~~ IN RE CARTER W. PAGE, A U.S.         Docket Number:

PERSON.

## (U)  VERIFIED APPLICATION

~~(S)~~ The United States of America hereby applies to this Court for authority to

conduct _____, as described herein, pursuant

b3-5
b7E-4,-5,-8,-9

to the Foreign Intelligence Surveillance Act of 1978, as amended, Title 50, United

States Code (U.S.C.), §§ _____ (FISA or the Act).

1.  (U)  **Identity of Federal Officer Making Application** This application is

made by Non-SES PII, a Supervisory Special Agent (SSA) of the Federal Bureau

of Investigation (**FBI**) whose official duties at FBI Headquarters include supervision

of the FBI's investigation of the above-captioned target based upon information

officially furnished to SSA PII.

NSC Declassification Review [EO 13526]
Declassify in Part by DJT on 1/19/2021

~~TOP SECRET//NOFORN//FISA~~

Classified by: _____
Derived from: _____
Declassify on: _____

b1-1
b3-5

OI Tracking No. 147743

TOP SECRET//NOFORN//FISA



(U) 2. —(S) **Identity of the Target** The target of this application is Carter W. Page, a U.S. person, and an agent of a foreign power, described in detail below. The status of the target was determined in or about June 2017 from information provided by the U.S. Department of State.

b3-5
b7E-4,-5,-8,-9

(U) 3. —(S) **Statement of Facts** The United States relies upon the following facts and circumstances in support of this application.

b3-5
b7E-4,-5,-8,-9

(U). —(S) The target of this application is an agent of a foreign power.

(U)—(S) The following describes the foreign power and sets forth in detail a description of the target and the target's activities for or on behalf of this foreign power.

(U) —(S) This verified application reports on developments in the FBI's investigation of the above captioned target since the most recent application described herein. Unless stated otherwise herein, information presented in previous applications has been summarized or removed not because it was factually inaccurate but in order to create a more concise document.

(U) —(S) The Government of the Russian Federation is a foreign power as defined by 50 U.S.C. § 1801(a)(1).

TOP SECRET//NOFORN//FISA

-2-

FBI (22-CV-2264)-696

Solomon Aff. App. B002

(B)(6)

TOP SECRET//NOFORN/FISA

(B)(6)

(U) ~~(S)~~ The Government of the Russian Federation (Russia) is an internationally recognized foreign government and, as of the execution of this application, is listed in the <u>Diplomatic List</u>, published by the United States Department of State, and in <u>Permanent Missions to the United Nations</u>, published by the United Nations, and its establishments in the United States are components thereof.

(B)(6)

(U) ~~(S)~~ <u>Clandestine Intelligence Activities Of The Russian Federation</u>

(S)



b1-1
b3-5
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN/FISA

-3-

FBI (22-CV-2264)-697

Solomon Aff. App. B003

Case 1:23-cv-00759-RJL Document 16-9 Filed 08/18/23 Page 5 of 136



TOP SECRET//NOFORN/FISA

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5

(U)  (S) Carter W. Page

b3-5
b7E-4,-5

knowingly engage in

clandestine intelligence activities (other than intelligence gathering activities) for

or on behalf of such foreign power, which activities involve or are about to

involve a violation of the criminal statutes of the United States, or knowingly

conspires with other persons to engage in such activities and, therefore, is an

agent of a foreign power as defined by 50 U.S.C. § 1801(b)(2)(E).

TOP SECRET//NOFORN/FISA

(B)(6)

FBI (22-CV-2264)-698

Solomon Aff. App. B004

(B)(6)

TOP SECRET//NOFORN/FISA

I.   (U) Overview.

(U)   (S//NF) This application seeks renewed authority to conduct ████████ ████████████████ of Carter Page.  The FBI believes that Page has been the subject of targeted recruitment by the Russian Government ██████████

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(U)   (S//NF) Page is a former foreign policy advisor to a Candidate for U.S. President (Candidate #1).[1]  As discussed in greater detail below, the FBI believes that the Russian Government engaged in efforts to undermine and influence the outcome of the 2016 U.S. Presidential election.

b3-5
b7E-4,-5

(U)   (S) On or about November 8, 2016, Candidate #1 was elected President. Although Candidate #1 is now the President, in order to maintain the historical accuracy of the background information, unless otherwise stated, the original references to Candidate #1 and members of Candidate #1's campaign team will remain the same as in previous applications filed in this matter (see docket numbers ████████████████

b3-5

TOP SECRET//NOFORN/FISA

-5-



~~TOP SECRET//NOFORN/FISA~~

(B)(6)

b3-5
b7E-4,-5

(B)(6)

(U) II. ~~(S//NF)~~ <u>The FBI Believes that the Russian Government Engages in Influence Operations Against the United States.</u>

(U) A. ~~(S//NF)~~ RIS Efforts to Influence U.S. Presidential Elections.

(B)(6)

(U) ~~(S//NF)~~ During a September 2016 interview with an identified news organization, the then Director of National Intelligence (DNI) stated, "Russia has tried to influence U.S. elections since the 1960s during the Cold War" and "there's a tradition in Russia of interfering with elections, their own and others." The then DNI commented that this influence included providing money to particular candidates or providing disinformation. The then DNI added that "it shouldn't come as a big shock to people, ... I think it's more dramatic maybe because they have the cyber tools that they can bring to bear in the same effort."

(B)(6)

FBI (22-CV-2264)-700

Solomon Aff. App. B006

(B)(6)

TOP SECRET//NOFORN/FISA

Sensitive Information

(U)    (S//NF) In or about July 2016, WikiLeaks released a trove of e-mails from the

(B)(6)

Democratic National Committee (DNC).¹

b3-5
b7E-4,-5,-8

There has been speculation in the U.S. media that the Russian Government

was behind the hack.  Russia has publicly denied any involvement in the hack.

Russian President Vladimir Putin said in or about September 2016 that Russia was

not responsible for the hack, but said that the release of the DNC documents was a

net positive: "The important thing is the content that was given to the public."

Despite Russia's denial, Sensitive Information

(U)    ¹ (S//NF) According to information on its website, WikiLeaks is a multi-
national media organization and associated library. WikiLeaks specializes in the
analysis and publication of large datasets of censored or otherwise restricted official
materials involving war, spying, and corruption. According to open source
information, in or about July 2016, WikiLeaks released thousands of e-mails it says
are from the accounts of DNC officials.

(B)(6)

b3-5
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN/FISA

-7-

FBI (22-CV-2264)-701

Solomon Aff. App. B007



TOP SECRET//NOFORN/FISA

Sensitive Information

                                                              In

addition, according to an October 7, 2016 *Joint Statement from the Department of*

*Homeland Security and the Office of the Director of National Intelligence on Election*

*Security* (Election Security Joint Statement), the USIC is confident that the Russian

Government directed the recent compromises of e-mails from U.S. persons and

institutions, including from U.S. political organizations. The Election Security Joint

Statement states that the recent disclosures of e-mails on, among others, sites like

WikiLeaks are consistent with the methods and motivations of Russian-directed

efforts. According to the Election Security Joint Statement, these thefts and

disclosures were intended to interfere with the U.S. election process; activity that is

not new to Moscow – the Russians have used similar tactics and techniques across

Europe and Eurasia, for example, to influence public opinion there. The Election

Security Joint Statement stated that, based on the scope and sensitivity of these

efforts, only Russia's senior-most officials could have authorized these activities.

More recently, on December 29, 2016, the White House issued a statement that the

U.S. President had ordered a number of actions in response to the Russian

Government's aggressive harassment of U.S. officials and cyber operations aimed at

the U.S. election. According to this December 29th statement, the U.S. Presidential

TOP SECRET//NOFORN/FISA

-8-

Solomon Aff. App. B008

(B)(6)

TOP SECRET//NOFORN//FISA

Administration publicized its assessment in October [2016] that Russia took actions intended to interfere with the U.S. election process and that these activities could only have been directed by the highest levels of the Russian Government [in context, this is likely a reference to the Election Security Joint Statement].

(U)    (S//NF) Based on the Russian Government's historical efforts to influence

(B)(6)

U.S. and foreign elections ███████████████████████████████

███████ and the information discussed herein regarding Russia's coordination

with Carter Page ████████████████████████████████████

b3-5
b7E-4,-5

████████████████████████████████████████

████████████████████████████ to attempt to undermine and

improperly and illegally influence the 2016 U.S. Presidential election. ████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

(B)(6)

(U)    (S//NF)    ██████████████████████████████████

███████████████████████████████████████

b7E-4,-5

███████████████ As stated in the legislative history of FISA:

TOP SECRET//NOFORN//FISA

-9-

Solomon Aff. App. B009

(B)(6)

TOP SECRET//NOFORN//FISA

Not only do foreign powers engage in spying in the United States to obtain information, they also engage in activities which are intended to harm the Nation's security by affecting the course of our Government, the course of public opinion, or the activities of individuals. Such activities may include political action (recruiting, bribery or influencing of public officials to act in favor of the foreign power), disguised propaganda (including the planting of false or misleading articles or stories), and harassment, intimidation, or even assassination of individuals who oppose the foreign power. Such activity can undermine our democratic institutions as well as directly threaten the peace and safety of our citizens.

H.R. Rep. No. 95-1283, pt. 1, at 41 (1978).

(B)(6)

(U)    B. (S//NF) The Russian Government's Coordinated Efforts to Influence the 2016 U.S. Presidential Election.

(B)(6)

(U) (S//NF) In or about March 2016, George Papadopoulos[3] and Carter Page (the target of this application) were publicly identified by Candidate #1 as part of his/her foreign policy team. ████████ ████ ███ ████████ █████

Sensitive Information ████████████████████████

b3-5
b7D-5
b7E-4,-5

████████ the FBI believes that the Russian Government's efforts to influence the 2016 U.S. Presidential election were being coordinated with Page and perhaps other individuals associated with Candidate #1's campaign. █████████████

██████████████████████████████████
████████████████████████████████████

b3-5
b7D-5
b7E-4,-5

(U)  [3] (S) ████████████████████████████

b3-5
b7E-4,-5

TOP SECRET//NOFORN//FISA

-10-

FBI (22-CV-2264)-704

(B)(6)

Solomon Aff. App. B010



(B)(6)

TOP SECRET//NOFORN//FISA

(S)

b1-1
b3-5
b7D-5
b7E-4,-5

(B)(6)  (S)  (S//NF)  As discussed below, Page has established relationships with

b1-1
b3-5
b7D-5
b7E-4,-5

(B)(6)  (U)  (S//NF)

(B)(6)  TOP SECRET//NOFORN//FISA

-11-

FBI (22-CV-2264)-705

Solomon Aff. App. B011



TOP SECRET//NOFORN/FISA

Russian Government officials, including Russian intelligence officers,

b1-1
b3-5
b7D-5
b7E-4,-5,-8

(S)

(U) III.    (S) Carter Page.

(U) A. (S) Page's Connections to Russia and the RIS.

(U)    (S//NF) Page, a U.S. citizen, is the founder and managing partner of Global Energy Capital LLC (GEC), an investment management and advisory firm that focuses on the energy sector primarily in emerging markets.

b7E-4,-5

TOP SECRET//NOFORN/FISA

-12-

FBI (22-CV-2264)-706

Solomon Aff. App. B012

(B)(6)

TOP SECRET//NOFORN//FISA

b3-5
b7E-4,-5

(U)   (S//NF)

(B)(6)

from approximately 2004 - 2007, Page lived in Russia

During this time, Page began

business dealings with Gazprom

b7E-4 ,-5

(U)   (S//NF)

(B)(6)

Sensitive Information

b3-5
b7E-4,-5

TOP SECRET//NOFORN//FISA

-13-

FBI (22-CV-2264)-707

Solomon Aff. App. B013



TOP SECRET//NOFORN//FISA

(B)(6)

(U)    (S//NF) According to information provided by Page during a ▮▮▮▮    b7E-4,-5

interview with the FBI,[6] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Page

b3-5
b6-12
b7C-12
b7E-4,-5

Sensitive Information

b3-5
b6-12
b7C-12
b7E-4,-5

(U) ▮▮▮ (NF) ▮▮▮▮▮▮▮

Sensitive Information

[7] (S//NF)    Sensitive Information

b3-5
b7E-4,-5,-8

TOP SECRET//NOFORN//FISA

-14-

Solomon Aff. App. B014

TOP SECRET//NOFORN/FISA

b6-12
b7C-12
b7E-4,-5

(U) (S//NF) According to information provided by Page during a ▆▆▆ interview with the FBI, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆



b3-5
b6-12
b7C-12
b7E-4,-5,-9

(U) (S//NF) In or about January 2015, Podobnyy, along with Evgeny Buryakov and Igor Sporyshev, were charged by a sealed complaint in the U.S. District Court for the Southern District of New York for violations of 18 U.S.C. §§ 371 and 951 (conspiring to act, and acting as, an unregistered agent of a foreign government). According to the complaint, Buryakov worked in the United States as an agent of the SVR. Specifically, Buryakov operated under non-official cover, posing as an employee in the Manhattan office of a Russian bank. Buryakov worked with two other SVR agents, Podobnyy and Sporyshev, to gather intelligence on behalf of

TOP SECRET//NOFORN/FISA

-15-

FBI (22-CV-2264)-709

Solomon Aff. App. B015

(B)(6)

TOP SECRET//NOFORN/FISA

Russia.[8] The complaint states that the intelligence gathering efforts of Podobnyy and Sporyshev included, among other things, attempting to recruit New York City residents as intelligence sources for Russia.

(B)(6)

(U)    (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

(U)    [8] (S//NF) Buryakov was arrested in or about January 2015. At the time of Buryakov's arrest, Podobnyy and Sporyshev no longer lived in the United States and were not arrested. In or about March 2016, Buryakov pled guilty to conspiring to act in the United States as an agent of Russia without providing prior notice to the Attorney General. In or about May 2016, Buryakov was sentenced to 30 months in prison. According to information provided by the Federal Bureau of Prisons, Buryakov was released on March 31, 2017.

(B)(6)

TOP SECRET//NOFORN/FISA

FBI (22-CV-2264)-710

Solomon Aff. App. B016

TOP SECRET//NOFORN//FISA



(B)(6)

b3-5
b6-12
b7C-12
b7E-4,-5

(U) **B.** ~~(S//NF)~~ **Page's Coordination with Russian Government Officials on 2016 U.S. Presidential Election Influence Activities.**

(U) ~~(S//NF)~~ According to open source information, in July 2016, Page traveled to Russia and delivered the commencement address at the New Economic School.[9] In addition to giving this address, the FBI learned that Page met with at least two Russian officials during this trip. First, according to information provided by an FBI confidential human source (Source #1),[10] ▮▮▮▮▮▮ reported that Page had a

b3-5
b7D-5
b7E-4,-5

(U) [9] ~~(S//NF)~~ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b3-5
b7E-4,-5,-7

[10] ~~(TS//NF)~~ Source #1 is a ▮▮▮▮▮▮▮▮▮▮▮▮ and was opened as an FBI source ▮▮▮▮▮▮ Source #1 has been compensated ▮▮▮▮▮▮▮▮▮ by the FBI. As discussed below in footnote 22, in or about October 2016, the FBI suspended its relationship with Source #1 due to Source #1's unauthorized disclosure of information to the press. Subsequently, the FBI closed Source #1 as an FBI source. Nevertheless, the FBI assesses Source #1 to be reliable as previous reporting from Source #1 has been corroborated and used in criminal proceedings. Moreover, the

(S)

b1-1
b3-5
b7E-4,-5,-19

TOP SECRET//NOFORN//FISA

-17-

Solomon Aff. App. B017

(B)(6)

TOP SECRET//NOFORN//FISA

FBI notes that the incident that led the FBI to terminate its relationship with Source #1 occurred after Source #1 provided the reporting that is described herein. (U)

(B)(6)

(TS//NF) Source #1, who now owns a foreign business/financial intelligence firm, was approached by an identified U.S. person, who indicated to Source #1 that a U.S.-based law firm had hired the identified U.S. person to conduct research regarding Candidate #1's ties to Russia (the identified U.S. person and Source #1 have a long-standing business relationship). The identified U.S. person hired Source #1 to conduct this research. The identified U.S. person never advised Source #1 as to the motivation behind the research into Candidate #1's ties to Russia. The FBI speculates that the identified U.S. person was likely looking for information that could be used to discredit Candidate #1's campaign.

(B)(6)

(U) (TS//NF) Source #1 tasked his sub-source(s) to collect the requisite information. After Source #1 received information from the sub-source(s) described herein, Source #1 provided the information to the identified U.S. person who had hired Source #1 and to the FBI.

b3-5
b7D-5
b7E-4,-5

(B)(6)

(U) (TS//NF) Notwithstanding Source #1's reason for conducting the research into Candidate #1's ties to Russia, based on Source #1's previous reporting history with the FBI, whereby Source #1 provided reliable information to the FBI, the FBI believes Source #1's reporting herein to be credible.

b3-5
b7D-5
b7E-4,-5

(B)(6)

(U) (TS//NF)

b1-1
b3-5
b7D-5
b7E-4,-5

(S)

(B)(6)

TOP SECRET//NOFORN//FISA

-18-

FBI (22-CV-2264)-712

Solomon Aff. App. B018

(B)(6)

~~TOP SECRET//NOFORN/FISA~~

(S) secret meeting with Igor Sechin, who is the President of Rosneft [a Russian energy company] and a close associate to Russian President Putin.[12] ▮▮▮▮ reported

b1-1
b3-5
b7D-5
b7E-4,-5



(S)

(B)(6)

(S)

b1-1
b3-5
b7D-5
b7E-4,-5

(U)

(B)(6)

(U) [11] (TS//NF)

b1-1
b3-5
b7D-5
b7E-4,-5

(S)

(B)(6)

(U) [12] (S//NF) .In or about April 2014, the U.S. Department of the Treasury (USDOT) announced sanctions that would be taken against Russian Government officials and entities as a result of Russian efforts to destabilize Ukraine. Sechin was identified as an official of the Russian Government, and further identified as the President and Chairman of the Management Board for Rosneft, a position he continues to hold. The USDOT announcement also stated Sechin was formerly the Deputy Prime Minister of the Russian Federation from 2008 until 2012; and from 2004 until 2008, Sechin was the Deputy Chief of Staff for Russian President Putin. The USDOT sanctions announcement identified Sechin as someone who has "shown utter loyalty to Vladimir Putin – a key component to his current standing."

~~TOP SECRET//NOFORN/FISA~~

-19-

(B)(6)

FBI (22-CV-2264)-713

Solomon Aff. App. B019

TOP SECRET//NOFORN/FISA

(B)(6)

that, during the meeting, Page and Sechin discussed future bilateral energy

cooperation and the prospects for an associated move to lift Ukraine-related Western

b1-1
b3-5
b7D-5
(S)   sanctions against Russia.
b7E-4,-5

(U)   (S//NF)

(B)(6)

(S)

b1-1
and individual   b3-5
b6-12
b7C-12
the individual   b7E-4,-5

Sensitive Information

Sensitive Information
Sensitive Information   b3-5
b7E-4,-5
Sensitive Information

TOP SECRET//NOFORN/FISA

(B)(6)

-20-

FBI (22-CV-2264)-714

Solomon Aff. App. B020



(B)(6)

TOP SECRET//NOFORN//FISA

Individual

Individual

Individual

Sensitive Information

Individual

Individual

b3-5
b6-12
b7C-12
b7E-4,-5

(U) **(S)**

(B)(6)

**(U)** ~~(NF)~~ according to Source #1,

b1-1
b3-5
b7D-5
b7E-4,-5

that Divyekin [who is assessed to be Igor Nikolayevich Divyekin],

Sensitive Information

(B)(6)

**(S)**

b1-1
b3-5
b7D-5
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN//FISA

-21-

Solomon Aff. App. B021



TOP SECRET//NOFORN/FISA

(B)(6)

had met secretly with Page
and that their agenda for the meeting included Divyekin raising a dossier or
"kompromat"[15] that the Kremlin possessed on Candidate #2 and the possibility of it
being released to Candidate #1's campaign.[16]

b1-1
b3-5
b7D-5
b7E-4,-5

(S)

(B)(6)

(U)      [15] (S) Kompromat is a Russian term for compromising material about a
politician or political figure, which is typically used to create negative publicity or
blackmail.

(B)(6)

(U)      [16] (C//NF)

b3-5
b7E-4,-5

(B)(6)      (S)      [17]

b1-1
b3-5
b7D-5
b7E-4,-5

(B)(6)      (S)

(B)(6)

TOP SECRET//NOFORN/FISA

-22-

FBI (22-CV-2264)-716

Solomon Aff. App. B022

TOP SECRET//NOFORN/FISA

(B)(5)

(S)

b1-1
b3-5
b7D-5
b7E-4,-5



(B)(6)

(S)   19 (TS//NF)

(S)   20 (TS//NF)

b1-1
b3-5
b7D-5
b7E-4,-5



b7E-4,-5,-8

(U)   (S//NF)

b6-2
b7C-2
b7E-4,-5,-8

(B)(6)

TOP SECRET//NOFORN/FISA

-23-

Solomon Aff. App. B023



TOP SECRET//NOFORN//FISA

(B)(6)

b3-1
b7D-5
b7E-4,-5

(U) (TS//NF)

(B)(6)

(S)

b1-1
b3-5
b7D-5
b7E-4,-5

(U) (S//NF)

(B)(6)

(S

b3-5
b7D-5
b7E-4,-5,-8

TOP SECRET//NOFORN//FISA

-24-

(B)(6)

FBI (22-CV-2264)-718

Solomon Aff. App. B024

(B)(6)

TOP SECRET//NOFORN/FISA

b3-5
b7D-5
b7E-4,-5

(B)(6)

(U)   ~~(TS//NF)~~

b7E-4,-5

a July 2016 article in an identified news organization reported that

Candidate #1's campaign worked behind the scenes to make sure Political Party #1's

platform would not call for giving weapons to Ukraine to fight Russian and rebel

forces, contradicting the view of almost all Political Party #1's foreign policy leaders

in Washington. The article stated that Candidate #1's campaign sought "to make

sure that [Political Party #1] would not pledge to give Ukraine the weapons it has

been asking for from the United States." Further, an August 2016 article published

by an identified news organization, which characterized Candidate #1 as sounding

like a supporter of Ukraine's territorial integrity in September [2015], noted that

Candidate #1 had recently adopted a "milder" tone regarding Russia's annexation of

Crimea. The August 2016 article further reported that Candidate #1 said Candidate

#1 might recognize Crimea as Russian territory and lift punitive U.S. sanctions

against Russia. The article opined that while the reason for Candidate #1's shift was

not clear, Candidate #1's more conciliatory words, which contradict Political Party

#1's official platform, follow Candidate #1's recent association with several people

(B)(6)

TOP SECRET//NOFORN/FISA

FBI (22-CV-2264)-719

Solomon Aff. App. B025

(B)(6)

TOP SECRET//NOFORN/FISA

sympathetic to Russian influence in Ukraine, including foreign policy advisor Carter Page.

b3-5
b7E-4,-5

(B)(6)

(U) (TS//NF)

(S)

b1-1
b3-5
b7D-5
b7E-4,-5

(B)(6)

(S//NF)

(S)

b1-1
b3-5
b6-12
b7C-12
b7D-5
b7E-4,-5,-8,-9

(B)(6)

21 (S)

(S)

b1-1
b3-5
b7D-5
b7E-4,-5,-19

(B)(6)

TOP SECRET//NOFORN/FISA

-26-

Solomon Aff. App. B026



(B)(6)

(S)

TOP SECRET//NOFORN//FISA

b1-1
b3-5
b6-12
b7C-12
b7D-5
b7E-4,-5,-8,-9

(S)

(B)(6)

(S//NF)     (S)

b1-1
b3-5
b7E-4,-5,-8

TOP SECRET//NOFORN//FISA

-27-

FBI (22-CV-2264)-721

Solomon Aff. App. B027

TOP SECRET//NOFORN/FISA



(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

**(U)   IV.   (S//NF) Page's Denial of Cooperation with the Russian Government to Influence the 2016 U.S. Presidential Election.**

(U)   (S//NF) On or about September 23, 2016, an identified news organization published an article (September 23rd News Article), which was written by the news organization's Chief Investigative Correspondent, alleging that U.S. intelligence officials are investigating Page with respect to suspected efforts by the Russian Government to influence the U.S. Presidential election.  According to the September 23rd News Article, U.S. officials received intelligence reports that when Page was in Moscow in July 2016 to deliver the above-noted commencement address at the New Economic School, he met with two senior Russian officials.  The September 23rd News Article stated that a "well-placed Western intelligence source" told the news organization that Page met with Igor Sechin, a longtime Putin associate and former

TOP SECRET//NOFORN/FISA

-28-

FBI (22-CV-2264)-722

Solomon Aff. App. B028

(B)(6)

TOP SECRET//NOFORN/FISA

Russian deputy minister who is now the executive chairman of Rosneft. At their alleged meeting, Sechin raised the issue of the lifting of sanctions with Page. According to the September 23rd News Article, the Western intelligence source also reported that U.S. intelligence agencies received reports that Page met with another top Putin aide - Igor Divyekin, a former Russian security official who now serves as deputy chief for internal policy and is believed by U.S. officials to have responsibility for intelligence collected by Russian agencies about the U.S. election.[22]

(B)(6)

(U)        ²¹ (S) As discussed above, Source #1 was hired by a business associate to conduct research into Candidate #1's ties to Russia. Source #1 provided the results of his research to the business associate, and the FBI assesses that the business associate likely provided this information to the law firm that hired the business associate in the first place. Source #1 told the FBI that he/she only provided this information to the business associate and the FBI.

b3-5
b7E-4,-5

The FBI does not believe that Source #1 directly provided this information to the identified news organization that published the September 23rd News Article.

(B)(6)

(U)        (TS//NF) In or about late October 2016, however, after the FBI Director sent a letter to the U.S. Congress, which stated that the FBI had learned of new information that might be pertinent to an investigation that the FBI was conducting of Candidate #2, Source #1 told the FBI that he/she was frustrated with this action and believed it would likely influence the 2016 U.S. Presidential election. In response to Source #1's concerns, Source #1 independently, and against the prior admonishment from the FBI to speak only with the FBI on this matter, released the reporting discussed

(B)(6)

TOP SECRET//NOFORN/FISA

-29-

FBI (22-CV-2264)-723

Solomon Aff. App. B029



TOP SECRET//NOFORN//FISA

(U)   (S//NF) According to the September 23rd News Article, certain members of Congress were "taken aback" after being briefed on the alleged meetings between Page and Russian officials and viewed the meetings as a possible back channel to the Russians that could undercut U.S. foreign policy.  The September 23rd News Article also stated that, following the briefing, the Senate Minority Leader wrote to the FBI Director, and citing the reports of meetings between an advisor to Candidate #1 [the advisor was unnamed in the letter, but the article indicated that the advisor is Page] and "high ranking sanctioned individuals" [in context, likely a reference to Sechin] in Moscow over the summer as evidence of "significant and disturbing ties" between Candidate #1's campaign and the Kremlin that needed to be investigated by the FBI.

(U)   (S//NF) Based on statements in the September 23rd News Article, as well as in other articles published by identified news organizations, Candidate #1's campaign repeatedly made public statements in an attempt to distance Candidate #1's campaign from Page.  For example, the September 23rd News Article noted that Page's precise role in Candidate #1's campaign is unclear.  According to the article, a spokesperson for Candidate #1's campaign called Page an "informal foreign

herein to an identified news organization.  Although the FBI continues to assess Source #1's reporting is reliable, as noted above, the FBI closed Source #1 as an active source.



TOP SECRET//NOFORN//FISA

-30-

FBI (22-CV-2264)-724

Solomon Aff. App. B030



TOP SECRET//NOFORN/FISA

advisor" who "does not speak for [Candidate #1] or the campaign." In addition, another spokesperson for Candidate #1's campaign said that Page "has no role" and added "[w]e are not aware of any of his activities, past or present." However, the article stated that the campaign spokesperson did not respond when asked why Candidate #1 had previously described Page as an advisor. In addition, on or about September 25, 2016, an identified news organization published an article that was based primarily on an interview with Candidate #1's then campaign manager. During the interview, the campaign manager stated, "[Page is] not part of the campaign I'm running." The campaign manager added that Page has not been part of Candidate #1's national security or foreign policy briefings since he/she became campaign manager. In response to a question from the interviewer regarding reports that Page was meeting with Russian officials to essentially attempt to conduct diplomatic negotiations with the Russian Government, the campaign manager responded, "If [Page is] doing that, he's certainly not doing it with the permission or knowledge of the campaign . . . ."

b7E-4,-5



(U)   (S//NF) On or about September 25, 2016, Page sent a letter to the FBI Director.

TOP SECRET//NOFORN/FISA

-31-



Solomon Aff. App. B031

TOP SECRET//NOFORN//FISA

(B)(6)

In this letter, Page made reference to the accusations in the September 23rd News Article and denied them. Page stated that the source of the accusations was nothing more than completely false media reports and that he did not meet with any sanctioned official in Russia. Page also stated that he would be willing to discuss any "final" questions the FBI may have.[23]

(B)(6)

(U) ~~(S//NF)~~ Additionally, on or about September 26, 2016, an identified news organization published an article that was based on an interview with Page (September 26th News Article). In the September 26th News Article, Page stated that all of the accusations were complete "garbage" and that he did not meet with Sechin or Divyekin. Page also stated that he was taking a leave of absence from his work with Candidate #1's campaign because the accusations were a "distraction."

b3-5
b7D-5
b7E-4,-5

(B)(6)  (U) [23] ~~(S//NF)~~

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN//FISA

-32-

Solomon Aff. App. B032



TOP SECRET//NOFORN/FISA

(B)(6)

b3-5
b7D-5
b7E-4,-5

(U)  V.  (S//NF)

(U)  (S//NF)

(B)(6)

b3-5
b7D-5
b7E-4,-5,-9

TOP SECRET//NOFORN/FISA

FBI (22-CV-2264)-727

Solomon Aff. App. B033



TOP SECRET//NOFORN/FISA

(B)(6)

b3-5
b7D-5
b7E-4,-5

(U)   (S//NF)

b3-5
b7D-5
b7E-4,-5

(U)

(S)

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

TOP SECRET//NOFORN/FISA

-34-

Solomon Aff. App. B034

TOP SECRET//NOFORN//FISA

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

(S)

(B)(6)   (U)   (S//NF)

(B)(6)   (U)   (S//NF)

(S)

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN//FISA

-35-

FBI (22-CV-2264)-729

Solomon Aff. App. B035



TOP SECRET//NOFORN//FISA

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

(U)

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

(U)

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN//FISA

-36-

FBI (22-CV-2264)-730

Solomon Aff. App. B036



TOP SECRET//NOFORN/FISA

Sensitive Information

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(S)

b1-1
b3-5
b7E-4,-5,-8

(S/NF)   (S)

24 Sensitive Information

TOP SECRET//NOFORN/FISA

-37-

FBI (22-CV-2264)-731

Solomon Aff. App. B037

(B)(6)

TOP SECRET//NOFORN/FISA

(S) ███████████████████████████

b1-1
b3-5
b7E-4,-5,-8

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████

(B)(6)

TOP SECRET//NOFORN/FISA

-38-

FBI (22-CV-2264)-732

Solomon Aff. App. B038



FBI (22-CV-2264)-733

Solomon Aff. App. B039



FBI (22-CV-2264)-734

Solomon Aff. App. B040



TOP SECRET//NOFORN/FISA

(B)(6)

Sensitive Information

b3-5
b7E-4,-5,-8,-9

(S//NF) Sensitive Information

(B)(6)

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

TOP SECRET//NOFORN/FISA

(B)(6)

-41-

Solomon Aff. App. B041

TOP SECRET//NOFORN//FISA

(U) ~~(S//NF)~~



b1-1
b3-5
b6-12
b7C-12
b7E-4,-5

(S)

(S)

b1-1
b3-5
b7E-4,-5,-8

FBI (22-CV-2264)-736

Solomon Aff. App. B042



(B)(6)

(B)(6)

(U)

(S//NF)

(S)

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5

(S)

26 Sensitive Information

b3-5
b7E-4,-5

(B)(6)

(U) (S//NF)

b3-5
b7E-4,-5

(B)(6)

FBI (22-CV-2264)-737

Solomon Aff. App. B043

(B)(6)

TOP SECRET//NOFORN/FISA

(B)(6)          (U)   ▮    (S//NF) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(B)(6)          (U)   (S//NF) ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b3-5
b7D-5
b7E-4,-5

b3-5
b7D-5
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN/FISA

-44-

FBI (22-CV-2264)-738

Solomon Aff. App. B044



TOP SECRET//NOFORN//FISA

(B)(6)

(B)(6)

(U) ~~(S//NF)~~

b3-5
b7D-5
b7E-4,-5

(S)

(B)(6)

~~(S//NF)~~

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

(U) ~~(S//NF)~~

(B)(6)

FBI (22-CV-2264)-739

Solomon Aff. App. B045

(B)(6)

TOP SECRET//NOFORN/FISA

(S)

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

(U)  (S/AF)

(B)(6)

TOP SECRET//NOFORN/FISA

-46-

FBI (22-CV-2264)-740

Solomon Aff. App. B046



TOP SECRET//NOFORN//FISA

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

(U)

(B)(6)

(S//NF)

(B)(6)

TOP SECRET//NOFORN//FISA

-47-

FBI (22-CV-2264)-741

Solomon Aff. App. B047



FBI (22-CV-2264)-742

Solomon Aff. App. B048

(B)(6)

**TOP SECRET//NOFORN//FISA**

(S)

b1-1
b3-5
b7E-4,-5,-8



(B)(6)   (U)  G. (S//NF)  Page's Letter to the U.S. Department of Justice.

(B)(6)   (U) (S//NF)  In or around February 2017, Page sent a letter to the U.S. Department

of Justice, Civil Rights Division, Voting Section, urging the review of what Page

claimed was "severe election fraud in the form of disinformation, suppression of

dissent, hate crimes and other extensive abuses led by members of [Candidate #2's]

campaign and their political allies last year."  In his letter, Page claims that he has

(B)(6)   **TOP SECRET//NOFORN//FISA**

-49-

FBI (22-CV-2264)-743

Solomon Aff. App. B049



TOP SECRET//NOFORN//FISA

not directly supported a political campaign since September 2016, but continues to be subjected to personal attacks by former members of Candidate #2's campaign based on fictitious information.  Page wrote that his academic lecture and related meetings with scholars and business people in Moscow had no connection to the U.S. election.  Page attributes the assertions in the September 23rd News Article that Page met with two senior Russian officials (i.e., Sechin and Diveykin) while he was in Moscow in July 2016 to give the commencement address at the New Economic School, which Page claims is "false evidence," to Candidate #2's campaign.  Page further claims that the information relied on by Candidate #2's campaign, certain members of the U.S. Congress, and the media are lies that were completely fabricated by Candidate #2's paid consultants and private investigators.



b3-5
b7E-4,-5

(U) ▮▮▮▮ (S//NF)

(U) (S//NF) ▮▮▮▮

b3-5
b6-12
b7C-12
b7E-4,-5

TOP SECRET//NOFORN//FISA

-50-

Solomon Aff. App. B050

(B)(6)

TOP SECRET//NOFORN/FISA

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

(U)   (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

Sensitive Information

(B)(6)

TOP SECRET//NOFORN/FISA

-51-

FBI (22-CV-2264)-745

Solomon Aff. App. B051



TOP SECRET//NOFORN/FISA

(B)(6)

b3-5
b6-12
b7C-12
b7E-4,-5

(U)

(S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

(U)

(S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

TOP SECRET//NOFORN/FISA

-52-

Solomon Aff. App. B052



(B)(6)

TOP SECRET//NOFORN//FISA

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

(U)  (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

(U)  (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN//FISA

-53-

FBI (22-CV-2264)-747

Solomon Aff. App. B053



TOP SECRET//NOFORN//FISA

(B)(6)

(S)

b1-1
b3-5
b7E-4,-5,-8

(B)(6)

(U)   (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN//FISA

-54-

Solomon Aff. App. B054



TOP SECRET//NOFORN//FISA

(B)(6)

b3-5
b6-12
b7C-12
b7E-4,-5

(B)(6)     (U)   (S//NF)

b3-5
b6-12
b7C-12
b7D-5
b7E-4,-5

(B)(6)     (U)   (S//NF)

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN//FISA

FBI (22-CV-2264)-749

Solomon Aff. App. B055

(B)(6)

TOP SECRET//NOFORN/FISA

(S)

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5,-8

(B)(6)

(S)  (S//NF)

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN/FISA

-56-

FBI (22-CV-2264)-750

Solomon Aff. App. B056



(B)(6)

~~TOP SECRET//NOFORN/FISA~~

(B)(6)

(U) ~~(S//NF)~~ [redacted]

b1-1
b3-5
b6-12
b7C-12
b7E-4,-5

(S) [redacted]

(B)(6)

(U) VII. ~~(S)~~ [redacted]

Sensitive Information [redacted]

b3-5
b7E-4,-5,-8

(B)(6)

~~TOP SECRET//NOFORN/FISA~~

FBI (22-CV-2264)-751

Solomon Aff. App. B057

TOP SECRET//NOFORN/FISA

Sensitive Information

Sensitive Information

TOP SECRET//NOFORN/FISA

-58-

FBI (22-CV-2264)-752

Solomon Aff. App. B058



TOP SECRET//NOFORN/FISA



Sensitive Information

FBI (22-CV-2264)-753

Solomon Aff. App. B059

(B)(6) 

TOP SECRET//NOFORN//FISA

Sensitive Information



TOP SECRET//NOFORN//FISA

-60-

(B)(6)

FBI (22-CV-2264)-754

Solomon Aff. App. B060



TOP SECRET//NOFORN/FISA

Sensitive Information

Sensitive Information

FBI (22-CV-2264)-755

Solomon Aff. App. B061



TOP SECRET//NOFORN//FISA



TOP SECRET//NOFORN//FISA

FBI (22-CV-2264)-757

Solomon Aff. App. B062

(B)(6)

TOP SECRET//NOFORN/FISA

Sensitive Information ██████████████████

██████████████████████████████

██████████████████████████████

██████████████████████████████

████████████████████████████

██████████████████████████████

█████████████████████████████

████████████████████

████████████████████████████████

██████████████████████████████

████████████████████████████████

████████████████████████████████

█████████████████████████

VIII.   (U) Conclusion.

(U)   (S//NF) As discussed above, the FBI believes that Page has been collaborating

and conspiring with the Russian Government, ██████████████████████

██████████████████████████████████ Based on the   b7E-4,-5

foregoing facts and circumstances, the FBI submits that there is probable cause to

believe that Page ██████████████████████████

TOP SECRET//NOFORN/FISA

FBI (22-CV-2264)-758

Solomon Aff. App. B063

TOP SECRET//NOFORN//FISA

b7E-4,-5

knowingly engage in clandestine intelligence activities (other than intelligence gathering activities) for or on behalf of such foreign power, or knowingly conspires with other persons to engage in such activities and, therefore, is an agent of a foreign power as defined by 50 U.S.C. § 1801(b)(2)(E).

(U) (S//NF)

the FBI submits that there is probable cause to believe that such activities involve or are about to involve violations of the criminal statutes of the United States,

b7E-4,-5

Sensitive Information

(U) (S)

(U) (S)

b3-5
b6-12
b7C-12
b7E-4,-5,-8,-9

TOP SECRET//NOFORN//FISA

-65-

FBI (22-CV-2264)-759

Solomon Aff. App. B064



TOP SECRET//NOFORN//FISA

b3-5
b7E-4,-5,-8,-9

(B)  (U)

b3-5
b7E-4,-5,-8,-9

Sensitive Information

TOP SECRET//NOFORN//FISA

-66-

FBI (22-CV-2264)-760

Solomon Aff. App. B065



Sensitive Information

FBI (22-CV-2264)-761

Solomon Aff. App. B066



FBI (22-CV-2264)-763

Solomon Aff. App. B067

(B)(6)

TOP SECRET//NOFORN/FISA

Sensitive Information

(U) 4.   (S) Proposed Minimization Procedures  As to all information acquired

through the authorities requested herein, the FBI will follow its

Sensitive Information

b3-5
b7E-4,-5,-8,-9

TOP SECRET//NOFORN/FISA

-70-

FBI (22-CV-2264)-764

Solomon Aff. App. B068



TOP SECRET//NOFORN//FISA

Sensitive Information



TOP SECRET//NOFORN//FISA

-71-

FBI (22-CV-2264)-765

Solomon Aff. App. B069



(B)(6)

TOP SECRET//NOFORN//FISA



Sensitive Information

(B)(6)

TOP SECRET//NOFORN//FISA

-72-

Solomon Aff. App. B070

(B)(6)

**TOP SECRET//NOFORN/FISA**

Sensitive Information

(E)

**(U)  5.  (S)  <u>Nature of the Information Sought</u>** Through the authorities

b3-5
b7E-4,-5,-8,-9

requested herein, the United States is seeking foreign intelligence information with

respect to the activities of the target described above and detailed further in the

certification set forth below. As indicated by the facts set forth herein, the FBI is

seeking foreign intelligence information that relates and is necessary to the ability of

the United States to protect against clandestine intelligence activities by an

intelligence service or network of this foreign power or by agents of this foreign

power, and information with respect to a foreign power or foreign territory that

relates and is necessary to the national defense, security, and the conduct of the

foreign affairs of the United States. These same authorities may also incidentally

acquire other foreign intelligence information, as defined by the Act.

Sensitive Information

(B)(6)

**TOP SECRET//NOFORN/FISA**

FBI (22-CV-2264)-767

Solomon Aff. App. B071

(B)(6)

(B)(6)

TOP SECRET//NOFORN//FISA

(U)   6.   (S) **Certification**  The certification of the Assistant to the President for

National Security Affairs or an Executive branch official duly designated by the

President as a certifying official in Executive Order Numbers ███████

█████████████████████ as amended, is set forth below.

b3-5
b7E-4,-5,-8,-9

Sensitive information █████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████

   ██████████████████████████████

████████████████████████████

███████████████████████████

██████████████████████████████

████████████████████████████

██████████████████████████

(U)  The Purpose of the Authorities Requested

(U)   (S) The FBI's foreign intelligence goals for this investigation are set forth in

the certification of the Executive Branch official contained herein.  However, the

authorities requested in this application may produce information and material

which might, when evaluated by prosecutive authorities, constitute evidence of a

(B)(6)

(B)(6)

TOP SECRET//NOFORN//FISA

FBI (22-CV-2264)-769

Solomon Aff. App. B072



(B)(6)

TOP SECRET//NOFORN//TISA

b3-5
b7E-4,-5,-8,-9

violation of United States law, and this investigation may result in an eventual
criminal prosecution of the target. Nevertheless, as discussed in the certification, at
least a significant purpose of this request for
is to collect foreign intelligence information as part of the FBI's investigation
of this target.

b3-5
b7E-4,-5,-8,-9

sitive Information

(U)

b3-5
b7E-4,-5,-8,-9

(B)(6)

TOP SECRET//NOFORN//TISA

-76-

FBI (22-CV-2264)-770

Solomon Aff. App. B073

~~TOP SECRET//NOFORN/FISA~~

b3-5
b7E-4,-5,-8,-9

(U) 9. ~~(S)~~ <u>Duration of the Authorities Requested</u> (*See also,* ▮▮▮▮▮▮

The authorities requested should not automatically terminate when foreign intelligence information has first been obtained. Additional information of the same type will be obtained on a continuous basis throughout the entire period requested. The activities which the United States must identify and monitor are incremental and continuous, and communications relating to such activities are often disguised to appear innocuous. The type of foreign intelligence information being sought and the fact that the activities of this target are ongoing preclude the conclusion that, at a given time, all such information has been obtained and collection can be ended. Accordingly, the United States requests the authorities specified herein for a period of ninety (90) days.



~~TOP SECRET//NOFORN/FISA~~

FBI (22-CV-2264)-771

Solomon Aff. App. B074



FBI (22-CV-2264)-772

Solomon Aff. App. B075



Solomon Aff. App. B076



TOP SECRET//NOFORN//FISA

Sensitive Information

FBI (22-CV-2264)-775

Solomon Aff. App. B077

(B)(6)

TOP SECRET//NOFORN//FISA

(B)(6)

(S) **Specific Authorities Requested** Based upon the foregoing information,

the United States requests that this Court authorize the FBI to conduct the activities

described immediately below for the period requested herein.

(B)(6)

(U) (S)

b3-5
b7E-4,-5,-8

Sensitive Information

(B)(6)

TOP SECRET//NOFORN//FISA

-82-

FBI (22-CV-2264)-776

Solomon Aff. App. B078



(B)(6)

TOP SECRET//NOFORN//FISA

b7E-4,-5,-8



(B)(6)

TOP SECRET//NOFORN//FISA

-83-

FBI (22-CV-2264)-777

Solomon Aff. App. B079





TOP SECRET//NOFORN/FISA

Sensitive Information

(B)(6)

TOP SECRET//NOFORN/FISA

-84-

FBI (22-CV-2264)-778

Solomon Aff. App. B080



TOP SECRET//NOFORN/FISA

Sensitive Information

FBI (22-CV-2264)-779

Solomon Aff. App. B081



TOP SECRET//NOFORN//FISA

Sensitive Information

FBI (22-CV-2264)-781

Solomon Aff. App. B082



TOP SECRET//NOFORN//FISA



(U) (S) The FBI has reviewed this verified application for accuracy in accordance with its April 5, 2001 procedures, which include sending a copy of the draft to the appropriate field office(s). A copy of those procedures was previously provided to the Court.

----- *The remainder of this page is intentionally left blank.* -----

TOP SECRET//NOFORN//FISA

-88-

FBI (22-CV-2264)-782

Solomon Aff. App. B083


(B)(6)

TOP SECRET//NOFORN/FISA

## (U)  VERIFICATION

(U)      (S) I declare under penalty of perjury that the foregoing information

regarding Carter W. Page is true and correct.  Executed pursuant to Title 28, United

States Code, § 1746 on  06      2017 _____.

b3-5

Non-SES PII

TOP SECRET//NOFORN/FISA

-89-

FBI (22-CV-2264)-783

Solomon Aff. App. B084



(B)(6)

TOP SECRET//NOFORN//FISA

## (U) CERTIFICATION

(B)(6)

(U) ——— (S) I, the undersigned, having been designated as one of the officials authorized to make the certifications required by the Foreign Intelligence Surveillance Act of 1978, as amended, do hereby certify with regard to the  requested in this verified application targeting Carter W. Page, an agent of the Government of Russia, a foreign power, as follows:

b3-5
b7E-4,-5,-8,-9



(A) (U) The information sought through the authorities requested herein is foreign intelligence information.



(B) (U) At least a significant purpose of the authorities requested herein is to obtain foreign intelligence information and, notwithstanding the related criminal matters described in this application, the primary purpose of the authorities requested herein is **not** to obtain information for the prosecution of crimes other than those referred to in the Act, 50 U.S.C. § 1801(a)–(e), or related to such foreign intelligence crimes.



(C) (U) The foreign intelligence information sought by the authorities requested herein cannot be reasonably obtained by normal investigative techniques.

b3-5
b7E-4,-5,-8,-9

(U) (D) (S) The type of foreign intelligence information being sought through the authorities requested herein is that described in 50 U.S.C. § 1801(e)(1)(C), i.e.,

(B

TOP SECRET//NOFORN//FISA

-90-

(B)(6)

FBI (22-CV-2264)-784

Solomon Aff. App. B085



TOP SECRET//NOFORN/FISA

information that relates and is necessary to the ability of the United States to protect against clandestine intelligence activities by an intelligence service or network of this foreign power or by agents of this foreign power, and 50 U.S.C. § 1801(e)(2)(A)-(B), i.e., information with respect to a foreign power or foreign territory that relates and is necessary to the national defense or security, and the conduct of the foreign affairs of the United States. These same authorities may also incidentally acquire foreign intelligence information as defined by other subsections of 50 U.S.C. § 1801(e).

b3-5
b7E-4,-5,-8,-9

(U)  (E) (S) The basis for my certification that the information sought is the type of foreign intelligence information specified herein and that such information cannot be obtained by normal investigative techniques is as follows.

(U) —— (S)

b3-5
b7E-4,-5

Sensitive Information

TOP SECRET//NOFORN/FISA

-91-

FBI (22-CV-2264)-785

Solomon Aff. App. B086



(B)(6)

TOP SECRET//NOFORN/FISA



Sensitive Information

TOP SECRET//NOFORN/FISA

-92-

(B)(6)

FBI (22-CV-2264)-786

Solomon Aff. App. B087

(B)(6)

TOP SECRET//NOFORN//FISA

(U) Sensitive Information



(B)(6)

(U) (S)

b6-12
b7C-12
b7E-4,-5

(B)(6)

TOP SECRET//NOFORN//FISA

-93-

FBI (22-CV-2264)-787

Solomon Aff. App. B088

(B)(6)

TOP SECRET//NOFORN/FISA

b6-12
b7C-12
b7E-4,-5



(B)(6)

(U) (S)

b3-5
b7E-4,-5,-8

(B)(6)

TOP SECRET//NOFORN/FISA

FBI (22-CV-2264)-788

Solomon Aff. App. B089

(B)(6)



TOP SECRET//NOFORN/FISA

Sensitive Information

(B)(6)

FBI (22-CV-2264)-789

Solomon Aff. App. B090



(B)(6)

TOP SECRET//NOFORN//FISA



Sensitive Information

TOP SECRET//NOFORN//FISA

-96-

(B)(6)

Solomon Aff. App. B091

(B)(6)

~~TOP SECRET//NOFORN/FISA~~



(U)

b3-5
b7E-4,-5,-8

(B)(6)

(U)   ~~(S)~~ Based upon the foregoing information, it is the Government's belief that the authorities requested herein targeting Page are critical investigative means for obtaining the foreign intelligence information identified herein.

(B)(6)

~~TOP SECRET//NOFORN/FISA~~

-97-

Solomon Aff. App. B092



TOP SECRET//NOFORN//FISA

(U) (S) Accordingly, I execute this certification regarding Carter W. Page in accordance with the requirements of the Foreign Intelligence Surveillance Act of 1978, as amended.

_____

**Director**
**Federal Bureau of Investigation**

_____
Andrew G. McCabe
**Deputy Director**
**Federal Bureau of Investigation**

_____
Michael Pompeo
Director of the Central
Intelligence Agency

_____
Daniel R. Coats
Director of National Intelligence

_____
Principal Deputy Director of
National Intelligence


_____
Date

_____
Rex Tillerson
Secretary of State

_____
John J. Sullivan
Deputy Secretary of State

_____
James N. Mattis
Secretary of Defense

_____
H.R. McMaster
Assistant to the President for
National Security Affairs

b3-5

TOP SECRET//NOFORN//FISA

-98-

FBI (22-CV-2264)-792

Solomon Aff. App. B093



(B)(6)

TOP SECRET//NOFORN/FISA

## (U) APPROVAL

(B)(6)

(U) ─(S) I find that this application regarding Carter W. Page satisfies the criteria and requirements for such applications set forth in the Foreign Intelligence Surveillance Act of 1978, as amended, and hereby approve its filing with this Court.

Sensitive Information

(B)(6)

TOP SECRET//NOFORN/FISA

-99-

FBI (22-CV-2264)-793

Solomon Aff. App. B094

(B)(6)

TOP SECRET//NOFORN//FISA

Sensitive Information

b3-5

Rod J. Rosenstein
Deputy Attorney General of the United States

6/ /12
Date

(B)(6)

TOP SECRET//NOFORN//FISA

-100-

FBI (22-CV-2264)-794

Solomon Aff. App. B095





~~TOP SECRET//NOFORN//TISA~~

(U) ~~(C)~~ WHEREFORE, the United States submits that this application

regarding Carter W. Page satisfies the criteria and requirements of the Foreign

Intelligence Surveillance Act of 1978, as amended, and therefore requests that

this Court authorize the activities described herein, and enter the proposed

orders and warrants which accompany this application.

Respectfully submitted,

**Non-SES PII**

Attorney
U.S. Department of Justice



~~TOP SECRET//NOFORN//TISA~~

-101-

FBI (22-CV-2264)-795

Solomon Aff. App. B096

CLASSIFIED BY NSICG
REASON: 1.4(C)
DECLASSIFY ON: 12-31-2042
DATE: 02-13-2023

(B)(6)

b7C-1

~~SECRET~~

Filed
United States Foreign
Intelligence Surveillance Court

UNITED STATES

JUN    2017

FOREIGN INTELLIGENCE SURVEILLANCE COURT

LeeAnn Flynn Hall, Clerk of Court

WASHINGTON, D. C.

b3-5

IN RE CARTER W. PAGE, A U.S.

PERSON

Docket Number:

## PRIMARY ORDER AND WARRANT

1. An application having been made by the United States of America pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ ▮▮▮▮▮▮ (FISA or the Act), for an order and warrant (hereinafter "order") for ▮▮▮▮▮▮ and full consideration having been given to the matters set forth therein, the Court finds as follows:

b3-5
b7E-4,-5,-8,-9

2. The application has been made by a Federal officer and approved by the Attorney General;

3. On the basis of the facts submitted in the verified application, there is probable cause to believe that:

~~SECRET~~

(B)(6)

Derived from:   Application to the USFISC
in Docket Number captioned above

b1-1
b3-5

Declassify on:

Solomon Aff. App. B097

(B)(6)

SECRET

(A) The Government of the Russian Federation (Russia) is a foreign

power and Carter W. Page is an agent of Russia, as defined by

b7E-4,-5

4. The minimization procedures proposed in the application have been

adopted by the Attorney General and meet the definition of minimization

b3-5
b7E-4,-5,-8,-9

procedures under ▮▮▮▮▮▮▮

5. The application contains all statements and certifications required by ▮

▮▮▮▮▮ and the certification is not clearly erroneous on the basis

of the statements made under ▮▮▮▮▮ and

any other information furnished under ▮▮▮▮▮

b3-5
b7E-4,-5,-8,-9

WHEREFORE, IT IS HEREBY ORDERED, pursuant to the authority

conferred on this Court by the Act, that the application of the United States is

GRANTED, and it is

FURTHER ORDERED, as follows:

(B)(6)

SECRET
-2-

Solomon Aff. App. B098



(B)(6)

SECRET

1. The United States is authorized to conduct ███████████

███████████ of the target as follows;

b3-5
b7E-4,-5,-8,-9

b7E-4,-5,-8

(B)(6)

FBI (22-CV-2264)-798

Solomon Aff. App. B099



SECRET

SECRET
-4-

FBI (22-CV-2264)-799

Solomon Aff. App. B100

SECRET

(B)(6)



SECRET

-5-

(B)(6)

FBI (22-CV-2264)-800

Solomon Aff. App. B101



SECRET

-6-

FBI (22-CV-2264)-801

Solomon Aff. App. B102



SECRET

**SECRET**

-7-

FBI (22-CV-2264)-802

Solomon Aff. App. B103



SECRET

b3-5
b7E-4,-5,-8,-9

SECRET

-8-

FBI (22-CV-2264)-803

Solomon Aff. App. B104

(B)(6)

SECRET



SECRET
-9-

(B)(6)

Solomon Aff. App. B105

SECRET



(B)(6)

b3-5
b7E-4,-5,-8,-9

b3-5
b7E-4,-5,-8,-9

(B)(6)

FBI (22-CV-2264)-805

Solomon Aff. App. B106



SECRET

(B)(6)

b3-5
b7E-4,-5,-8,-9

(B)(6)

FBI (22-CV-2264)-806

Solomon Aff. App. B107

(B)(6)

~~SECRET~~

6. The authorities approved are for the period indicated below unless otherwise ordered by this Court.

b3-5
b7E-4,-5,-8,-9

As to all information acquired through the authorities approved herein, the FBI shall ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

(B)(6)

FBI (22-CV-2264)-807

Solomon Aff. App. B108

(B)(6)

SECRET



(B)(6)

SECRET

-13-

FBI (22-CV-2264)-808

Solomon Aff. App. B109

(B)(6)

SECRET



(B)(6)

SECRET

-14-

Solomon Aff. App. B110

SECRET



b3-5
b7E-4,-5,-8,-9

SECRET

-15-

Solomon Aff. App. B111

(B)(6)

SECRET

b3-5
b7E-4,-5,-8,-9

(B)(6)

SECRET

-16-

FBI (22-CV-2264)-811

Solomon Aff. App. B112

(B)(6)



~~SECRET~~

~~SECRET~~

(B)(6)

FBI (22-CV-2264)-812

Solomon Aff. App. B113

(B)(6)

~~SECRET~~

~~SECRET~~
-18-

Solomon Aff. App. B114

(B)(6)

SECRET

*——— The remainder of this page is intentionally left blank. ———*

FBI (22-CV-2264)-814

Solomon Aff. App. B115

(B)(6)

~~SECRET~~

This authorization regarding Carter W. Page expires at ▮▮▮ **Eastern Time**

on the ___▮▮▮___ day of September, 2017.

b3-5

Signed ____06—▮▮—2017 ▮▮▮___ **Eastern Time**
　　　　　　　Date　　　　　　Time

**RAYMOND J. DEARIE**
Judge, United States Foreign
Intelligence Surveillance Court

(B)(6) ▮▮▮ Deputy Clerk,
I certify that this document
is a true and correct copy of the
original.

~~SECRET~~

-20-

Solomon Aff. App. B116

**From:** MOFFA, JONATHAN C. (CD) (FBI)
**Sent:** Wednesday, December 14, 2016 10:10 AM
**To:** STRZOK, PETER P. (CD) (FBI)
**Subject:** RE: Lates ████ ---~~SECRET//NOFORN~~

**SentinelCaseId:** NON-RECORD

Classification: ~~SECRET//NOFORN~~
Classified By: ████████
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231

========================================================

They do. They were highlighted when he received them by someone on the McCain side of things presumably.

--------------------------------------------------------

**From:** STRZOK, PETER P. (CD) (FBI)
**Sent:** Wednesday, December 14, 2016 8:08 AM
**To:** MOFFA, JONATHAN C. (CD) (FBI)
**Subject:** RE: Lates ████ ---~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~
Classified By: ████████
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231

========================================================

D said they had highlighting on them?

--------------------------------------------------------

**From:** MOFFA, JONATHAN C. (CD) (FBI)
**Sent:** Wednesday, December 14, 2016 6:27 AM
**To** ████ (WF) (FBI) ████ (CD) (FBI)
**Cc:** STRZOK, PETER P. (CD) (FBI) ████ (OGC) (FBI) ████ (OGC) (FBI)
**Subject:** RE: Lates ████ ---~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~
Classified By: ████████
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231

========================================================

I should add that none of them are new and all of them are duplicative ████████████    b7E -4,-22

1
DOJ REVIEW ONLY. DO NOT DISSEMINATE FURTHER WITHOUT THE APPROVAL OF FBI OGC

FBI (22-cv-2264)-33

Solomon Aff. App. B117

J

**From:** MOFFA, JONATHAN C. (CD) (FBI)
**Sent:** Wednesday, December 14, 2016 6:25 AM
**To:** ▉▉▉▉▉▉ (WF) (FBI) ▉▉▉▉▉▉ (CD) (FBI)
**Cc:** STRZOK, PETER P. (CD) (FBI) ▉▉▉▉▉▉ (OGC) (FBI) ▉▉▉▉▉▉ (OGC) (FBI)
**Subject:** RE: Lates ▉▉▉▉ — ~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~

Classified By: ▉▉▉▉▉▉
Derived From: ~~FBI NSIC dated~~ 20130301
~~Declassify~~ On: 20411231
===========================================

I have an envelope o ▉▉▉▉ that the D received from John McCain as well that can be added to ▉▉▉▉▉▉      b7E -3,-4,-22
▉▉▉▉, swing by this morning and I'll give them to you to ▉▉▉▉

Thanks,

J

**From:** ▉▉▉▉▉▉ (WF) (FBI)
**Sent:** Tuesday, December 13, 2016 4:19 PM
**To:** ▉▉▉▉▉▉ (WF) (FBI) ▉▉▉▉▉▉ (CV) (FBI) ▉▉▉▉▉▉ (NY) (FBI) ▉▉▉▉▉▉
(CG) (FBI) ▉▉▉▉▉▉ (CD) (FBI) ▉▉▉▉▉▉ (CD) (FBI) ▉▉▉▉▉▉ (CD) (FBI) ▉▉▉▉
▉▉▉▉ (CD) (FBI) ▉▉▉▉▉▉ (WF) (FBI) ▉▉▉▉▉▉ (CD) (FBI) ▉▉▉▉▉▉ (CD)
(FBI)
**Cc:** STRZOK, PETER P. (CD) (FBI); MOFFA, JONATHAN C. (CD) (FBI) ▉▉▉▉▉▉ (OGC) (FBI) ▉▉▉▉▉▉,
▉▉▉▉ (OGC) (FBI)
**Subject:** RE: Lates ▉▉▉▉ — ~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~

Classified By: ▉▉▉▉▉▉
Derived From: ~~FBI NSIC~~ dated 20130301
Declassify On: ~~20411231~~

                                                              b3 -5
Following up on the new information on the thumb drive – please ▉▉▉▉▉▉      b5 -1
▉▉▉▉                                                           b7E -3,-4,-22

▉▉▉▉ to
FBI

Senate HSGAC_TransitionReq_Fusion GPS Docs - FBI000012 - DOJ Review
DOJ REVIEW ONLY. DO NOT DISSEMINATE FURTHER WITHOUT THE APPROVAL OF FBI OGC

FBI (22-cv-2264)-34

Solomon Aff. App. B118

Classification: ~~SECRET//NOFORN~~

Classified By: ▮
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231
======================================================

Folks,

As many of you know we obtained a USB drive from Glenn Simpson via a DOJ colleague.  We are handling as evidence
▮
▮A cursory look at the files appears they are indee ▮ Please
review and lets discuss tomorrow morning.

b3 -5
b7E -3,-4,-22

In addition, we will resume 0900 meetings every Wednesday until we no longer need to meet. Lets start up again
tomorrow.

Thanks,

▮

*SS* ▮
▮ *Washington Field Office*
▮
▮
      *Cell* - (Unavail during work hours)
      *Desk*
      *STE*
▮

======================================================
Classification: ~~SECRET//NOFORN~~

======================================================
Classification: ~~SECRET//NOFORN~~

======================================================
Classification: ~~SECRET//NOFORN~~

======================================================
Classification: ~~SECRET//NOFORN~~

======================================================
Classification: ~~SECRET//NOFORN~~

======================================================
Classification: ~~SECRET//NOFORN~~

Senate HSGAC_TransitionReq_Fusion GPS Docs - FBI000030 - DOJ Review
DOJ REVIEW ONLY. DO NOT DISSEMINATE FURTHER WITHOUT THE APPROVAL OF FBI OGC

FBI (22-cv-2264)-52

Solomon Aff. App. B119

███████████ (CD) (FBI)

**From:** ███████████ CD) (FBI)
**Sent:** Tuesday, December 20, 2016 4:15 PM
**To:** ████████ (WF) (FBI)
**Subject:** RE: Fusion GPS thumb drive --- ~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~

Classified B ███████████
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231
═══════════════════════════════════════════════════════

Got it – we'll take a look no ████████

**Fro** ███████████ (WF) (FBI)
**Sen** ████ December 20
**T** ████████ (WF) (FB █████████ (CV) (FB ████████ (NY) (FBI ████
████ (CD) (FB ████ (CD) (FBI █████ (WF) (FBI) ████ (CD) (FB ████ (CD) (FBI) ████ (CD) (FBI ████ (CD)
(FBI) ████ FA, JONATHAN C. (CD) (FB ████████ (OGC) (FBI); STRZOK, PETER P. (CD) (FB ██████████
████ OGC) (FBI)
**Subject:** Fusion GPS thumb drive --- ~~SECRET//NOFORN~~

Classification: ~~SECRET//NOFORN~~

Classified B ███████████
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231
═══════════════════════════════════════════════════════

I just ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████

████████                                                     b3 -5
                                                             b6 -2,-3
S ███████████                                                b7C -2,-3
*Washington Field Office*                                    b7E -3,-4,-5,-8
██████████████████
████████
████ *Cell* - *(Unavail during work hours)*
     *Desk*
     *STE*
████████████████

Senate HSGAC_TransitionReq_Fusion GPS Docs - FBI000037 - DOJ Review
DOJ REVIEW ONLY. DO NOT DISSEMINATE FURTHER WITHOUT THE APPROVAL OF FBI OGC

Solomon Aff. App. B120

UNCLASSIFIED//~~NONE~~   Confirmed AG guidelines are public

**D-794b**

## FEDERAL BUREAU OF INVESTIGATION
### PAYMENT REQUEST

The Attorney General's Guidelines dated 12/13/2006 require that the payment of any FBI funds to a CHS be made by an FBI Agent and another government official.

b7E -22

b7E -2

b3 -5
b7E -22

b3 -1
b7E -2,4

Operational Payment Justification narrative:

b3 -5
b7D -5
b7E -2,-4,-5,-22

b3 -1
b7D -2
b7E -1,2,6,8

Submitted By
First Level Approved By
Second Level Approved By

| FD-794b | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

FBI (22-cv-2264)-71

Solomon Aff. App. B121

SECRET//NOFORN

Tuesday, May 16, 2017

At 12:30 pm on 05/16/2017, I met with Deputy Attorney General (DAG) Rod Rosenstein in his office at the Department of Justice. Also present were Tashina Gauhar and Jim Crowell. The following is a contemporaneous recollection of the main topics we discussed.

I began by telling him that today I approved the opening of an investigation of President Donald Trump. I explained that the purpose of the investigation was to investigate allegations of possible collusion between the president and the Russian Government, possible obstruction of justice related to the firing of FBI Director James Comey, and possible conspiracy to obstruct justice. The DAG questioned what I meant by collusion and I explained that I was referring to the investigation of any potential links between the Trump campaign and the Russian government. I explained that counterintelligence investigations of this sort were meant to uncover any the existence of any threat to national security as well as whether or not criminal conduct had occurred. Regarding the obstruction issues, I made clear that our predication was based not only on the president's comments last week to reporter Lester Holt (that he connected the firing of the director to the FBI's Russia investigation), but also on the several concerning comments the president made to Director Comey over the last few months. These comments included the President's requests for assurances of loyalty, statements about the Russia investigation and the investigation of General Michael Flynn. I also informed the DAG that Director Comey preserved his recollection of these interactions in a series of contemporaneously drafted memos. Finally, I informed the DAG that as a result of his role in the matter, I thought he would be a witness in the case.

The DAG then related his experiences at the White House on Monday, 05/08/2017. He began by stating that he had the feeling that the decision to fire the Director had been made before he arrived. At the White House, he first met with White House Counsel Donald McGahn, who told him that the President had drafted a letter to Director Comey that McGahn did not want the President to send. Shortly thereafter they met with the President and Attorney General Jeff Sessions, and possibly others, in the Oval Office. President Trump told the DAG he had written a letter to Director Comey, asked the DAG if he had seen the letter, and instructed McGahn to provide the DAG with a copy. The DAG described the letter to me as being a long list, possibly several pages, of the President's complaints with Director Comey. Among those complaints was a discussion about the FBI's Russia investigation, as well as a paragraph about the FBI Deputy Director. The DAG indicated to me that he retained a copy of the President's letter. The DAG said he told the President [          ] The President then directed the DAG to write a memo explaining the reasoning for Director Comey's termination and that the DAG should include Russia. The DAG said to the President he did not think this was a good idea and that his memo did not need to include Russia. The President replied that he understood, but that he was asking the DAG to include Russia anyway. As our conversation continued the DAG proposed that he could potentially wear a recording device into the Oval Office to collect additional evidence on the President's true intentions. He said he thought this

b5 per DOJ/OIP

Classified By: [          ]
Derived From: FBI NSIC CG
Declassify On: 50X1-HUM

b6 -1
b7C -1

SECRET//NOFORN

Solomon Aff. App. B122

FBI (22-cv-2264)-486



might be possible because he was not searched when he entered the White House. I told him that I would discuss the opportunity with my investigative team and get back to him.

We discussed the issue of appointing a Special Counsel to oversee the FBI's Russia investigation. The DAG said he has two candidates ready, one of whom could start immediately.

**b5 per DOJ/OIP**

The DAG said that he left a copy of the delegation with Acting Assistant Attorney General for National Security Dana Boente to execute in the DAG's absence if the DAG were suddenly removed from his position.

He anticipated that he may be terminated when he puts the Special Counsel in place, in light of the president's anger with AG Sessions when the AG recused himself from the Russia investigation. The DAG further stated that he was told that others heard the President tell the AG "you were supposed to protect me."

**b5 per DOJ/OIP**

The DAG related to me that on Sunday, 05/14/2017, the AG asked him to participate in the interview of Sec. Kelly for the position of FBI Director.

The DAG told me that he informed the AG that I should remain in my role as Acting Director until the permanent Director was chosen. The DAG opined that my only "problem" was that some people believe that I was involved in my wife's 2015 campaign for State Senate in Virginia. The DAG said it was a "credibility problem" because after having told him during my May 13 interview that I played no role in her campaign and attended no campaign events, the DAG said a staffer had provided him with a photograph found on the internet of me and my wife wearing Dr. Jill McCabe campaign t-shirts. The DAG suggested that this photograph contradicted my statement that I had not campaigned for my wife. I pointed out to the DAG that the photograph he saw was taken not at a campaign event, but rather at ▓▓▓▓▓▓▓▓▓▓▓▓ I further informed the DAG that I confirmed with my ethics counsel at FBI that the Hatch Act does not prohibit wearing a campaign button or shirt away from the office, and that attending ▓▓▓▓▓▓▓▓▓ wearing such a shirt does not constitute proscribed political activity.



Solomon Aff. App. B128

CLASSIFIED BY: NSICG
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2091
DATE: 05-25-2022

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7C -1

Case 1:23-cv-00759-RJL   Document 16-9   Filed 08/18/23   Page 125 of 136

FD-1057 (Rev. 5-8-10)

~~SECRET//ORCON/NOFORN~~

**OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U)   **Title:** ~~(S//OC/NF)~~ Meeting with CHS to discuss
CROSSFIRE HURRICANE

**Date:**   08/15/2016

**From:**

**Contact:**

b6 -1
b7C -1
b7E -2,-3

**Approved By:**

**Drafted By:**

**Case ID #:**

(U)    ~~(S//OC/NF)~~ CROSSFIRE HURRICANE;
FOREIGN AGENTS REGISTRATION ACT -
RUSSIA;
SENSITIVE <u>INVESTIGATIVE MATTER</u>

(U)    ~~(S//OC/NF)~~
FOREIGN AGENTS REGISTRATION ACT -
RUSSIA;
SENSITIVE <u>INVESTIGATIVE MATTER</u>

b3 -5
b7E -1,-15

(U)    ~~(S//OC/NF)~~
FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
SENSITIVE <u>INVESTIGATIVE MATTER</u>

(U)    ~~(S//OC/NF)~~
FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

(U) **Synopsis:** ~~(S//OC/NF)~~ Meeting with CHS [          ] to discuss
CROSSFIRE HURRICANE.

b7D -5

~~Reason: 1.4(b)
Derived From: National
Security Information SCG
Declassify On: 20411231~~

**Full Investigation Initiated:**   07/31/2016

**Details:**

(U)    ~~(S//OC/NF)~~ On [          ] SA [          ], SOS [          ]

b7D -5

~~SECRET//ORCON/NOFORN~~

~~SECRET~~

FBI (22-cv-2264)-226


Solomon Aff. App. B124

CLASSIFIED BY: NSICG
EASON 1.4 (C)
ECLASSIFY ON: 12-31-2091
ATE: 05-24-2022
FD-1057 (Rev. 5-8-10)

Case 1:23-cv-00759-RJL   Document 16-9   Filed 08/18/23   Page 126 of 136

b7C -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



~~SECRET//FOREIGN/NOFORN~~

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U)  Title: ~~(S//OC/NF)~~ CHS Meeting [        ]          Date:  08/15/2016          b7D -5

From: [        ]

Contact: [                    ]          b6 -1
                                         b7C -1
                                         b7E -2,-3

Approved By: [        ]

Drafted By: [        ]

Case ID #:  (U)  ~~(S//OC/NF)~~ CROSSFIRE HURRICANE;
                 FOREIGN AGENTS REGISTRATION ACT -
                 RUSSIA;
                 SENSITIVE INVESTIGATIVE MATTER          b3 -5
             (U)  ~~(S//OC/NF)~~ [        ]               b7E -1,-15
                 FOREIGN AGENTS REGISTRATION ACT -
                 RUSSIA;
                 SENSITIVE INVESTIGATIVE MATTER
             (U)  ~~(S//OC/NF)~~ [        ]
                 FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                 SENSITIVE INVESTIGATIVE MATTER
             (U)  ~~(S//OC/NF)~~ [        ]
                 FOREIGN AGENTS REGISTRATION ACT-RUSSIA;
                 SENSITIVE INVESTIGATIVE MATTER

(U)  Synopsis: ~~(S//OC/NF)~~ CHS meeting [        ] regarding captioned          b7D -5
     subjects.

                 Reason: 1.4(b)
                 Derived From: National
                 Security Information SCG
                 Declassify On: 20411231

Full Investigation Initiated:  07/31/2016

Details:                                                                          b3 -5
                                                                                  b6 -1
(U)  ~~(S//OC/NF)~~ On [        ] SA [▓▓▓▓▓▓], SOS [▓▓▓▓▓▓]                        b7C -1
     and SA [▓▓▓▓▓] met with [▓▓▓] (CHS) to discuss CROSSFIRE                      b7D -5
                 ~~SECRET//ORCON/NOFORN~~ (U)

~~SECRET~~

FBI (22-cv-2264)-231



Solomon Aff. App. B125

CLASSIFIED BY: NSICG ☐ b6 -1
REASON. 1.4 (C) Case 1:23-cv-00759-RJL Document 16-9 Filed 08/18/23 Page 127 of 136
DECLASSIFY ON: 12-31-2091
DATE: 05-25-2022

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

FD-1057 (Rev. 5-8-10)

~~SECRET//ORCON/NOFORN~~



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U) **Title:** ~~(S//OC/NF)~~ ☐ **Date:** 08/24/2016

**CC:** ▓▓▓▓▓

**From:** ☐

**Contact:** ☐

**Approved By:** ☐
    STRZOK PETER P II

**Drafted By:** ☐

**Case ID #:** ☐ (U) ~~(S//OC/NF)~~ ☐
FOREIGN AGENTS REGISTRATION ACT -
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

(U) **Synopsis:** ~~(S//OC/NF)~~ ☐ meet with ☐

~~Reason: 1.4(b)~~
**Derived From:** National
Security Information SCG
~~Declassify On: 20411231~~

b6 -1
b7C -1
b7E -2,-3,-5,-15

b3 -5
b7E -1,-15

**Full Investigation Initiated:** 08/10/2016

**Enclosure(s):** Enclosed are the following items:
(U) 1. ~~(S//OC/NF)~~
(U) 2. ~~(S//OC/NF)~~ ☐

b7E -4

**Details:**

**BACKGROUND**

~~SECRET//ORCON/NOFORN~~

~~SECRET~~

Solomon Aff. App. B126

CLASSIFIED BY: NSICG
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2091
DATE: 05-25-2022

Case 1:23-cv-00759-RJL    Document 16-9    Filed 08/18/23    Page 128 of 136

b6 -1
b7C -1

ALL ~~FBI~~ ~~INFORMATION~~ CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

FD-1057 (Rev. 5-8-10)



OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U) **Title:** ~~(S//OC/NF)~~ Meeting with CHS discussing ☐    **Date:** 09/06/2016

**From:**

    **Contact:**

**Approved By:**

**Drafted By:**

**Case ID #:**

(U) ~~(S//OC/NF)~~ CROSSFIRE HURRICANE;
FOREIGN AGENTS REGISTRATION ACT –
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

(U)

~~(S//OC/NF)~~
FOREIGN AGENTS REGISTRATION ACT –
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

b6 -1,-3
b7C -1,-3
b7E -2,-3

b3 -5
b7E -1,-15

(U) **Synopsis:** ~~(S//OC/NF)~~ Meeting with CHS and FBI discussing ☐

b6 -3
b7C -3

**Reason:** 1.4(b)
**Derived From:** National
**Security Information SCG**
**Declassify On:** 20411231

**Full Investigation Initiated:** 07/31/2016

**Details:**

(U) ~~(S//NF/OC)~~ On ☐ SAs ▮▮▮▮ and
as well as SOS ▮ ☐ met with ▮

b3 -5
b6 -2,-3,-4
b7C -2,-3,-4
b7D -5
b7E -15,-22

~~SECRET//ORCON/NOFORN~~

Solomon Aff. App. B127

FD-1057 (Rev. 5-8-10)                    ~~SECRET//ORCON/NOFORN~~           **OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U)  **Title:** ~~(S//NF)~~ Observation of _____        **Date:**  10/05/2016

**From:** 

        **Contact:**                                                        b6 -1
                                                                         b7C -1
**Approved By:**                                                         b7E -2,-3,-5,-15

**Drafted By:** 

**Case ID #:** _____        (U) ~~(S//OC/NF)~~ CROSSFIRE HURRICANE;       b3 -5
                                   FOREIGN AGENTS REGISTRATION ACT -        b7E -1
                                   RUSSIA;
                                   SENSITIVE INVESTIGATIVE MATTER

(U)  **Synopsis:** ~~(S//NF)~~ Observation of _____                      b6 -2,-4
                   meeting with a CHS.                                       b7C -2,-4
                                                                            b7E -5,-15

        **Reason:** 1.4(c)
        **Derived From:** Multiple
        **Sources**
        **Declassify On:** 20411231

**Full Investigation Initiated:**  07/31/2016

**Details:**

(U)  ~~(S//NF)~~  During the course of a meeting between a CHS _____      b6 -2,-4
                  _____ was observed by the FBI _____                 b7C -2,-4
                                                                            b7D -5
                                                                            b7E -5,-15

FBI (22-cv-2264)-242

**Solomon Aff. App. B128**

~~SECRET//ORCON/NOFORN~~

(U) Title: ~~(S//NF)~~ Observation of ⬚                     b3 -5
Re: ⬚                10/05/2016                              b7E -1,-5,-15

◆◆

~~SECRET//ORCON/NOFORN~~

2

Solomon Aff. App. B129

b6 -1
b7C -1

FD-1057 (Rev. 5-8-10)

~~SECRET//ORCON/NOFORN~~

**OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

(U)   **Title:** ~~(S//NF)~~ Observation of [          ]          **Date:** 10/19/2016

**From:** [          ]

b6 -1
b7C -1
b7E -2,-3,-5,-15

**Contact:** [          ]

**Approved By:** [          ]

**Drafted By:** [          ]

**Case ID #:** [          ]   (U)   ~~(S//OC/NF)~~ CROSSFIRE HURRICANE;
FOREIGN AGENTS REGISTRATION ACT –
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

b3 -5
b7E -1,-15

[          ]   (U)   ~~(S//OC/NF)~~ [          ]
FOREIGN AGENTS REGISTRATION ACT –
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** ~~(S//NF)~~ Observation of [          ]
[          ] meeting with a CHS.

b6 -2,-4
b7C -2,-4
b7E -5,-15

~~Reason: 1.4(c)~~
~~Derived From: Multiple~~
~~Sources~~
~~Declassify On: 20411231~~

**Full Investigation Initiated:**   07/31/2016

**Details:**

(U)   ~~(S//NF)~~   During the course of a meeting between a CHS [          ]
[██████████] [          ] was observed by the FBI [          ]
[          ]

b6 -2,-4
b7C -2,-4
b7D -5
b7E -5,-15

~~SECRET//ORCON/NOFORN~~

Solomon Aff. App. B130

(U) ~~SECRET//ORCON/NOFORN~~

Title: (U//NF) Observation of [                    ]

Re: [                    ]   10/19/2016

b3 -5
b7E -1,-5,-15

♦♦

~~SECRET//ORCON/NOFORN~~

2

Solomon Aff. App. B131

CLASSIFIED BY: NSICG [redacted] b6 -1 b7C -1
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2041
DATE: 05-25-2022

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

FD-1057 (Rev. 5-8-10)

OFFICIAL RECORD

~~SECRET//ORCON/NOFORN~~

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

(U) **Title:** ~~(S//OC/NF)~~ [redacted]

**Date:** 10/25/2016

**From:** [redacted]

**Contact:** [redacted]

**Approved By:** [redacted]

STRZOK PETER P II

**Drafted By:** [redacted]

**Case ID #:** [redacted] (U) ~~(S//OC/NF)~~ [redacted]

FOREIGN AGENTS REGISTRATION ACT - RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

b6 -1
b7C -1
b7E -2,-3,-5,-15

b3 -5
b7D -5
b7E -1,-15

(U) **Synopsis:** ~~(S//OC/NF)~~ [redacted] meet with [redacted]

~~**Reason: 1.4(b)**~~
~~**Derived From: National Security Information SCG**~~
~~**Declassify On: 20411231**~~

**Full Investigation Initiated:** 08/10/2016

**Details:**

**BACKGROUND**

(U) ~~(S//OC/NF)~~ [redacted]

~~(S)~~ (U)

b1 -1
b3 -5
b6 -4
b7C -4
b7E -5,-15

~~SECRET//ORCON/NOFORN~~

~~SECRET~~

FBI (22-cv-2264)-246

Solomon Aff. App. B132



b6 -1
b7C -1

FD-1057 (Rev. 5-8-10)

~~SECRET//ORCON/NOFORN~~

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

(U) **Title:** ~~(S//OC/NF)~~ [redacted] Meeting with FBI CHS [redacted] **Date:** 11/16/2016

b6 -1
b7C -1
b7D -5
b7E -2,-3,-15

**From:** [redacted]

**Contact:** [redacted]

**Approved By:** [redacted]

**Drafted By:** [redacted]

**Case ID #:** [redacted] (U) ~~(S//OC/NF)~~ [redacted]
FOREIGN AGENTS REGISTRATION ACT - RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

b3 -5
b7E -1,-15

(U) **Synopsis:** ~~(S//OC/NF)~~ [redacted] Meeting with FBI CHS [redacted]

~~**Reason: 1.4(b)**~~
~~**Derived From: National Security Information SCG**~~
~~**Declassify On: 20411231**~~

**Full Investigation Initiated:** 08/10/2016

**Enclosure(s):** Enclosed are the following items:
(U) 1. ~~(S//OC/NF)~~ [redacted] Meet [redacted]

b7E -15

**Details:**

(U) ~~(S//OC/NF)~~ [redacted]

b3 -5
b6 -2,-4
b7C -2,-4
b7D -5
b7E -4,-15

~~SECRET//ORCON/NOFORN~~

CLASSIFIED BY: NSICG
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2092
DATE: 05-25-2022

Case 1:23-cv-00759-RJL   Document 16-9   Filed 08/18/23   Page 135 of 136

b6 -1

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

FD-1057 (Rev. 5-8-10)

 ~~SECRET//ORCON/NOFORN~~

 **OFFICIAL RECORD**

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

{U} **Title:** ~~(S//NF)~~ ⬛ CHS Meeting with ☐     **Date:** 01/09/2017

**From:** ☐

**Contact:** ☐

**Approved By:** ⬛

**Drafted By:** ☐

**Case ID #:** ☐     {U} ~~(S//OC/NF)~~ ☐
FOREIGN AGENTS REGISTRATION ACT -
RUSSIA;
SENSITIVE INVESTIGATIVE MATTER

b6 -1
b7C -1
b7E -2,-3,-15

b3 -5
b7E -1,-15

{U} **Synopsis:** ~~(S//NF)~~ CHS meeting with ☐ ⬛

**Reason:** 1.4(c)
**Derived From:** Multiple
**Sources**
**Declassify On:** 20421231

**Full Investigation Initiated:** 08/10/2016

**Details:**

{U} ~~(S//NF)~~ ⬛

b3 -5
b6 -2,-4
b7C -2,-4
b7D -5
b7E -4,-15

{U} ~~(S//NF)~~

{U} ~~(S//NF)~~

b6 -2,-4
b7C -2,-4
b7D -5
b7E -15

~~SECRET//ORCON/NOFORN~~

~~SECRET~~

Solomon Aff. App. B134

b6 -1
b7C -1

FBI INFO.
CLASSIFIED BY: NSIC
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2092
DATE: 04-18-2022

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



~~SECRET//ORCON/NOFORN~~

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/09/2017

On Monday, 18 September 2017 and Tuesday, 19 September 2017, CHRISTOPHER
STEELE, ORBIS Business Intelligence, was interviewed at The ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ by FBI ▮▮▮▮▮▮▮▮▮ and FBI ▮▮▮▮▮▮▮
▮▮. The following information was provided by STEELE over the course of
the two-day interview.  On 18 September 2017, in the initial part of the
interview, STEELE was accompanied by his fellow ORBIS executive,
▮▮▮▮▮▮▮▮▮▮  After about 45-60 minutes on 18 September 2017, ▮▮▮
▮▮▮▮▮▮ departed, and STEELE remained with ▮▮▮▮▮ and ▮▮▮▮▮ for
the duration of 18 September 2017 and for the entirety of the interview on
19 September 2017.

b6 -4
b7C -4
b7E -5

b6 -4
b7C -4
b7E -4,-5,-8

b6 -4
b7C -4
b7E -4,-5,-8

Reason: 1.4(c)
Derived From: Multiple Sources
Declassify On: 20421231

~~SECRET//ORCON/NOFORN~~

Investigation on  09/18/2017  at ▮▮▮▮▮▮▮▮▮▮ (In Person)

b7E -5

File # ▮▮▮▮▮▮▮▮▮                          Date drafted  11/09/2017

by ▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

~~SECRET~~  (U)

FBI (22-cv-2264)-6

Solomon Aff. App. B135