# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON<br><br>*Plaintiff,*<br><br>v.<br><br>MERRICK GARLAND, *et al.*<br><br>*Defendants.* | Case No. 1:23-cv-00759-RJL |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Partial Motion for Summary Judgment and all responses and replies thereto, it is hereby

ORDERED that the Plaintiff's Motion for Partial Summary Judgment is GRANTED; and it is further ORDERED that the Department of Justice shall return the requested Presidential records to the National Archives, where they shall be made available to Mr. Solomon, within fourteen days of this Order.

SO ORDERED.

Dated: _____

_____
United States District Judge