**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN SOLOMON,<br><br>              Plaintiff,<br><br>   v.<br><br>MERRICK GARLAND, *et al.*,<br><br>              Defendants. | No. 23-cv-00759-RJL |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS'
OPPOSTION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT,
AND TO SET A BRIEFING SCHEDULE ON DEFENDANTS' CROSS-MOTION**

The Defendants' response to Plaintiff's Partial Motion for Summary Judgment, ECF No. 16, is currently due on September 1, 2023.  Unforeseen family medical issues necessitate that undersigned counsel seek a brief extension to prepare Defendants' response.  In light of the upcoming federal holiday, Defendants respectfully ask that the Court extend the deadline for their response until September 7, 2023.  Plaintiff's counsel has indicated that Plaintiff consents to the proposed extension.

Additionally, Defendants anticipate that they will be combining their response with a cross-motion for summary judgment.  The parties have conferred concerning the briefing schedule on that motion, and respectfully propose that the Court enter the following briefing schedule on Defendants' cross-motion:

        Defendants' opposition and cross-motion: September 7, 2023

        Plaintiff's opposition and reply: September 28, 2023

        Defendants' reply: October 5, 2023

Dated:  August 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Director
Federal Programs Branch

*/s/  Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*