IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN SOLOMON,

                Plaintiff,

v.

MERRICK GARLAND, *et al*.,

                Defendants.

No. 23-cv-00759-RJL

**PROPOSED ORDER**

The Court, having fully considered Defendants' Consent Motion for an Extension of Time for Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and to Set a Briefing Schedule on Defendants' Cross-Motion, hereby ORDERS that Defendants' Motion is GRANTED. The deadline for the Defendants' response to Plaintiff's Cross-Motion for Partial Summary Judgement is hereby extended until September 7, 2023, and the schedule for briefing on Defendants' forthcoming cross-motion for summary judgment shall be as follows:

    Defendants' opposition and cross-motion: September 7, 2023

    Plaintiff's opposition and reply: September 28, 2023

    Defendants' reply: October 5, 2023

SO ORDERED.

Dated: _____

                                                                        The Honorable Richard J. Leon
                                                                        United States District Judge