IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN SOLOMON,<br><br>    Plaintiff,<br><br> v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | No. 23-cv-00759-RJL |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants respectfully move the Court to enter summary judgment on behalf of Defendants on Plaintiff's replevin and mandamus claims. Both claims depend on Plaintiff's contention that the binder at issue is a Presidential record, but the binder is excluded from the statutory definition of a Presidential record under the Presidential Records Act, *see* 44 U.S.C. § 2201(2)(B)(i), because it meets all the elements of the test for an agency record, *see U.S. Dep't of Justice v. Tax Analysts*, 492 U.S. 136, 144 (1989). The accompanying Memorandum of Points and Authorities more fully sets forth the reasons that support Defendants' Motion for Summary Judgment.

Dated: September 7, 2023      Respectfully submitted,

                     BRIAN M. BOYNTON
                     Principal Deputy Assistant Attorney General

                     ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                     Deputy Director
                     Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*
