IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | No. 23-cv-00759-RJL |

## **DEFENDANTS' STATEMENT OF UNDISPUTED MATERIALS FACTS**

1. On January 19, 2021, then-President Trump issued a Memorandum ("January 19, 2021, Memorandum") concerning a binder of materials related to the FBI's Crossfire Hurricane investigation. Mem., Declassification of Certain Materials Related to the FBI's Crossfire Hurricane Investigation, 86 FR 6843 (Jan. 19, 2021), Pl.'s Mot., Ex. 3, ECF No. 16-5 at 1.

2. The records in the binder addressed by the January 19, 2021, Memorandum were federal records that DOJ had provided to the White House at the President's request. Mem., Declassification of Certain Materials Related to the FBI's Crossfire Hurricane Investigation, 86 FR 6843 (Jan. 19, 2021), Pl.'s Mot., Ex. 3, ECF No. 16-5 at 1.

3. In the January 19, 2021, Memorandum, President Trump noted that he had "requested the documents so that a declassification review could be performed" and that—with the exception of the portions that the FBI in consultation with the Intelligence Community had determined "most crucial" to protect—he was ordering declassification of the materials in the binder. Mem., Declassification of Certain Materials Related to the FBI's Crossfire Hurricane Investigation, 86 FR 6843 (Jan. 19, 2021), Pl.'s Mot., Ex. 3, ECF No. 16-5 at 1.

4. The January 19, 2021, Memorandum, clarified however, that the decision to disclose materials in the binder "[did] not extend to materials that must be protected from disclosure pursuant to orders of the Foreign Intelligence Surveillance Court and [did] not require the disclosure of certain personally identifiable information or any other materials that must be protected from disclosure under applicable law." Mem., Declassification of Certain Materials Related to the FBI's Crossfire Hurricane Investigation, 86 FR 6843 (Jan. 19, 2021), Pl.'s Mot., Ex. 3, ECF No. 16-5 at 1.

5. On January 20, 2021, then-Chief of Staff Meadows returned the "bulk of the binder" to DOJ with instructions that DOJ conduct a Privacy Act review and then release the remaining material with redactions applied. Jan. 20, 2021, Mem., Pl.'s Mot., Ex. 4, ECF No. 16-6 at 1.

6. Mr. Meadows indicated that the portions of the binder that he returned to DOJ included all those "that appear to have a potential to raise privacy concerns." Jan. 20, 2021, Mem., Pl.'s Mot., Ex. 4, ECF No. 16-6 at 1.

7. NARA's General Counsel explained that NARA received and maintains as Presidential records a box of approximately 2700 pages, which includes multiple copies of documents that appear to be from the binder. Email from Gary Stern to Kash Patel (July 14, 2022), Pl.'s Mot., Ex. 2, ECF No. 16-4, at 9; Email from Gary Stern to John Solomon (June 23, 2022), Pl.'s Mot., Ex. 2, ECF No. 16-4, at 13–14.

8. The box of approximately 2700 pages maintained by NARA includes "instances of the same document being redacted differently," and some documents without "the required declassification marking." Email from Gary Stern to Kash Patel (July 14, 2022), Pl.'s Mot., Ex. 2, ECF No. 16-4, at 9; Email from Gary Stern to John Solomon (June 23, 2022), Pl.'s Mot., Ex. 2, ECF No. 16-4, at 13–14.

9. The contents of the binder that Mr. Meadows returned to DOJ are the subject of a Freedom of Information Act lawsuit with DOJ. Email from Gary Stern to Kash Patel (Aug. 17, 2022), Pl.'s Mot., Ex. 2, ECF No. 16-4, at 1.

10. Most of the contents of the binder have now been released in redacted form on the FBI's FOIA reading room. *See* FBI Records: The Vault, Crossfire Hurricane, *available at* https://vault.fbi.gov/crossfire-hurricane-part-01.

Dated:  September 7, 2023	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*