IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND, *et al.*,<br><br>　　　　　　　Defendants. | No. 23-cv-00759-RJL |

**[PROPOSED] ORDER**

For the reasons set forth in Defendants' Memorandum of Points and Authorities in Support of their Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED; and it is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED.


Dated:_____          _____
                                 The Honorable Richard J. Leon
                                 United States District Judge