IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>                Plaintiff,<br><br>     v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                Defendants. | No. 23-cv-00759-RJL |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants respectfully move the Court to enter summary judgment on behalf of Defendants on Plaintiff's replevin and mandamus claims.  Both claims depend on Plaintiff's contention that the binder at issue is a Presidential record, but the binder is excluded from the statutory definition of a Presidential record under the Presidential Records Act, *see* 44 U.S.C. § 2201(2)(B)(i), because it meets all the elements of the test for an agency record, *see U.S. Dep't of Justice v. Tax Analysts*, 492 U.S. 136, 144 (1989).  The accompanying Memorandum of Points and Authorities more fully sets forth the reasons that support Defendants' Motion for Summary Judgment.

Dated:  September 7, 2023                                  Respectfully submitted,

                                                                              BRIAN M. BOYNTON
                                                                              Principal Deputy Assistant Attorney General

                                                                              ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                                                              Deputy Director
                                                                              Federal Programs Branch

>*/s/ Julia A. Heiman*
> JULIA A. HEIMAN (D.C. Bar No. 986228)
> Federal Programs Branch
> U.S. Department of Justice, Civil Division
> 1100 L Street, N.W.
> Washington, DC  20005
> Tel. (202) 616-8480 / Fax (202) 616-8470
> julia.heiman@usdoj.gov
> *Attorneys for Defendants*