UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*<br><br>    *Defendants*. | Case No. 1:23-cv-00759-RJL |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE A SUPPLEMENTAL EXHIBIT**

  For the reasons set forth in the attached memorandum, the Plaintiff seeks leave from the Court to file the attached exhibit to address a new issue raised by the Defendants. Pursuant to Local Rule 7(m), counsel for the Plaintiff has conferred with counsel for the Defendants, who indicated they do not oppose this motion.

Dated: October 10, 2023    Respectfully submitted,

              */s/ Michael Ding*
              Reed D. Rubinstein (D.C. Bar No. 400153)
              James K. Rogers (AZ Bar No. 027287)*
              Michael Ding (D.C. Bar No. 1027252)
              AMERICA FIRST LEGAL FOUNDATION
              611 Pennsylvania Ave SE #231
              Washington, D.C. 20003
              Tel.: (202) 964-3721
              E-mail: reed.rubinstein@aflegal.org
              E-mail: james.rogers@aflegal.org
              E-mail: michael.ding@aflegal.org

              *Application for Pro Hac Vice forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION

*Plaintiff,*

v.

U.S. DEPARTMENT OF AGRICULTURE, *et al.*

*Defendant.*

Case No. 1:22-cv-3029 (BAH)

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL EXHIBIT

The Defendants' Reply in Support of Their Cross-motion for Summary Judgment, ECF No. 22, raises a new argument: that Mr. Solomon currently lacks standing because, as of September 19, 2023, President Trump appointed two representatives that "replace[d] any prior designee. Defs.' Reply in Support of Their Cross-motion for Summary Judgement ("Ds' Reply") at 1 n.1 (quoting Letter from President Trump (Sep. 19, 2023), *available at* https://www.archives.gov/files/foia/pdf/trump-pra-representatives-designation-letter-09-19-2023.pdf), ECF No. 22.

On October 6, 2023, President Trump sent a letter to Colleen Shogan, the Archivist of the United States, "to specify that nothing has rescinded [his] designation of John Solomon as [his] representative for access to records of [his] Presidency relating to the Federal Bureau of Investigation's Crossfire Hurricane investigation, which [he] declassified on January 19, 2021." Letter from President Trump (Oct. 6,

2023), attached as Suppl. Ex. 1. Accordingly, the proposed supplemental exhibit refutes the Defendants' argument that Mr. Solomon "is no longer a designated PRA representative." Ds' Reply at 1 n.1.

An argument raised for the first time in a reply brief generally should not be considered. *Pauling v. D.C.*, No. 13-CV-0943, 2015 WL 13891312, at *2 (D.D.C. 2015). Doing so is "manifestly unfair" to the opposing party and deprives the court of the benefits attendant to the adversarial process. *Herbert v. Nat'l Acad. of Scis.*, 974 F.2d 192, 196 (D.C. Cir. 1992). Accordingly, the Court should strike these arguments or accept the Plaintiff's proposed supplemental exhibit. *See Nyambal v. Mnuchin*, 245 F. Supp. 3d 217, 221 (D.D.C. 2017) *aff'd* 2017 WL 5664980 (D.C. Cir. 2017); *see also Pardo–Kronemann v. Donovan*, 601 F.3d 599, 610 (D.C. Cir. 2010); *Nakai v. Zinke*, 279 F. Supp. 3d 38, 45 (D.D.C. 2017).

Dated: October 10, 2023              Respectfully submitted,

/s/ *Michael Ding*
Reed D. Rubinstein (D.C. Bar No. 400153)
James K. Rogers (AZ Bar No. 027287)*
Michael Ding (D.C. Bar No. 1027252)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org
E-mail: james.rogers@aflegal.org
E-mail: michael.ding@aflegal.org

*Application for Pro Hac Vice forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2023, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Michael Ding*
Michael Ding