# Supplemental Exhibit 1



DONALD J. TRUMP

October 6, 2023

The Honorable Colleen Shogan
Archivist of the United States
U.S. National Archives and Records Administration
Washington, D.C.

Dear Ms. Shogan,

Pursuant to the Presidential Records Act, 44 U.S.C. §§ 2201–2209, and 36 C.F.R. § 1270.44(a)(4), I write to specify that nothing has rescinded my designation of John Solomon as my representative for access to the records of my Presidency relating to the Federal Bureau of Investigation's Crossfire Hurricane investigation, which I declassified on January 19, 2021.

To the extent that there is any question about the matter, I hereby redesignate John Solomon as my representative for access to the records of my Presidency for such purposes.

Sincerely,



cc:    Mr. Gary M. Stern