UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN SOLOMON,                )
                             )
           Plaintiff,        )
                             )
     v.                      )   Case No. 23cv759 (RJL)
                             )
MERRICK B. GARLAND, *et al.*,)
                             )
           Defendants.       )
                             )

## ORDER
(September 16, 2024) [Dkt. ##16, 19]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Plaintiff's Partial Motion for Summary Judgment [Dkt. #16] is **DENIED**. It is further

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #19] is **GRANTED IN PART AND DENIED IN PART**.

SO ORDERED.

RICHARD J. LEON
United States District Judge