# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5236**                                                     **September Term, 2024**

1:23-cv-00759-RJL

Filed On: July 10, 2025 [2124695]

John Solomon,

       Appellant

    v.

Pamela Bondi, Attorney General of the
United States, in her official capacity, et al.,

       Appellees

## M A N D A T E

    In accordance with the order of July 10, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                       BY:    /s/
                                         Elbert B.J. Lestrade
                                         Deputy Clerk

Link to the order filed July 10, 2025