# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5236**  September Term, 2024

1:23-cv-00759-RJL

**Filed On:** July 10, 2025

John Solomon,

    Appellant

    v.

Pamela Bondi, Attorney General of the United States, in her official capacity, et al.,

    Appellees

**O R D E R**

Upon consideration of the joint motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Elbert Lestrade
Deputy Clerk